FILED

2007 AUG -1  P 12: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@ropers.com
5

#3
Fee Pd
NP

6  Attorneys for Defendant CHASE BANK USA, N.A.,
   formerly known as CHASE MANHATTAN BANK USA,
7  N.A. and erroneously sued herein as CHASE BANK

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12  

13  MOHAMED ABOUELHASSAN,            CASE NO.  C07  03951

14              Plaintiff,

15      v.                            **NOTICE OF REMOVAL OF CIVIL
                                      ACTION FROM STATE COURT TO
16  CHASE BANK, EXPERIAN, EQUIFAX    UNITED STATES DISTRICT COURT,
    CREDIT INFORMATION SERVICES,     NORTHERN DISTRICT OF
                                      CALIFORNIA**
    INC., TRANSUNION, DOE 1, aka "B-Line,"
17  inclusive,

18              Defendants.

19

20  **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN**

21  **DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS**

22  **HEREIN:**

23          **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §1441(a), defendant Chase Bank

24  USA, N.A., a national banking association sued herein erroneously as "Chase Bank" ("Chase"),

25  hereby removes the above-entitled action from the Superior Court of the State of California in and

26  for the County of Santa Clara to the United States District Court for the Northern District of

27  California, based on the following facts:

28

RC1/5001649.1/CB12              - 1 -      NOTICE OF REMOVAL

1    1.    On or about June 27, 2007, an action was filed in the Superior Court of the State of

2   California for the County of Santa Clara, entitled *Mohamed Abouelhassan, plaintiff, v. Chase*

3   *Bank, etc., et al., defendants,* action number 107CV088860 ("the Action").  A true and correct

4   copy of the Summons and Complaint in the Action are attached hereto as Exhibit A.  Plaintiff

5   Mohamed Abouelhassan alleges that he is a resident of the County of Santa Clara.  He further

6   alleges certain claims regarding a credit card account issued to him by one of the defendants,

7   presumably Chase.  He further alleges that Chase as well as defendants Experian, Equifax and

8   Transunion have published inaccurate credit reports relating to the account.  As a result, plaintiff

9   alleges in paragraph 13 that he lost access to employment as an Arabic language interpreter in

10   Iraq with a salary of $176,000 per year.

11    2.    Plaintiff further alleges in paragraph 17 of the complaint that Chase's credit

12   reporting of the account violated 11 USC section 727.  While Chase denies that it violated this

13   statute, or that this statute creates a private cause of action against Chase, plaintiff has nonetheless

14   asserted a claim arising under the laws of the United States and this case is accordingly one under

15   which the United States District Court has original jurisdiction under 28 U.S.C. § 1331, in that it

16   is an action arising under the laws of the United States.

17    3.    Chase was served with a copy of the complaint no later than effective July 7, 2007,

18   and 30 days from that date has not yet elapsed.  The Action may be removed under  in that the

19   District Courts of the United States have original jurisdiction and the Action is being removed by

20   a defendant to the U.S. District Court for the district embracing the place where such action is

21   pending.

22    4.    This Notice of Removal is being filed within 30 days after the receipt by any

23   defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim

24   for relief upon which such action or proceeding is based.

25    5.    Attached hereto as Exhibit B are Consents To Removal by defendants Equifax

26   Credit Information Services, Inc., Experian and Transunion.  B-Line LLC, according to its

27   general counsel, has not been served with the summons and complaint in this action, and,

28   therefore, its consent to removal is not required.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1        6.    For the reasons stated above, defendant Chase Bank USA, N.A., hereby removes

2    the above-entitled action.

3    Dated: July 31, 2007               ROPERS, MAJESKI, KOHN & BENTLEY

4

5                               By:

6                               GEORGE G. WEICKHARDT

7                               PAMELA J. ZANGER
                           Attorneys for Defendant

8                               CHASE BANK USA, N.A

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

# Exhibit A

Jul 11 2 7 13:26        P. 02

*UPS - 2 -02- UPS - dray*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED

07 JUN 28 PM 2: 24

-I TORRE
OFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
GANCAYCO    DEPUTY

07 JUL - 5  P

SUBPOENA PROCESSING
INDIANAPOLIS

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Equifax Credit Information Services, Inc, *Chase Bank,*
*Experian, Transunion,*
*DoE 1, a.k.a "Bline", Inclusive*

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
MOHAMED ABOUELHASSAN, *Pro SE*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen.   Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.   Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.   Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 107CV088860 |
| Superior Court of The State of California for the County of Santa Clara | |
| 191 N. FIRST ST, SAN JOSE, CA 95113 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MOHAMED HOSSNI ABOUELHASSAN, PRO SE
805 BORDEN RAE CT, SAN JOSE, CA 95117. PH: 510-501-1800

| DATE: | Kiri Torre | Clerk, by | S. GANCAYCO | , Deputy |
|---|---|---|---|---|
| *(Fecha)* 6/28/200 | Chief Executive Officer/Clerk *(Secretario)* | | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):* Equifax Credit Information Services, Inc

under: [✓] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

# CIVIL LAWSUIT NOTICE

**ATTACHMENT A**

CASE NUMBER: **1 0 7 C V 0 8 8 8 6 0**

*Superior Court of California, County of Santa Clara*
*191 N. First St., San Jose, CA 95113*

## READ THIS ENTIRE FORM

*PLAINTIFFS* (the person(s) suing): Within 60 days after filing the lawsuit, you must serve each defendant with the *Complaint, Summons,* an *Alternative Dispute Resolution (ADR) Information Sheet,* and a copy of this *Civil Lawsuit Notice,* and you must file written proof of such service.

---

*DEFENDANTS* (the person(s) being sued): **You must do each of the following to protect your rights:**

1. You must file a **written response** to the Complaint, in the clerk's office of the Court, within **30 days** of the date the *Summons* and *Complaint* were served on you;

2. You must send a copy of your written response to the plaintiff; and

3. You must attend the first Case Management Conference.

**Warning: If you do not do these three things, you may automatically lose this case.**

---

*RULES AND FORMS:* You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms. You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing, 49 N. First St., San Jose (408-293-8177)

For other local information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

*CASE MANAGEMENT CONFERENCE (CMC):* You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC. You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC. You or your attorney must appear at the CMC. You may ask to appear by telephone -- see Local Civil Rule 8.

---

*Your Case Management Judge is:* Joseph Huber                                    **DEPT: 8**

*The first CMC is scheduled as follows:* (Completed by Clerk of Court)
Date: **NOV 6 2007** Time: 1:30 PM Dept.: 8

*The next CMC is scheduled as follows:* (Completed by party if the first CMC was continued or has passed)
Date: _____ Time: _____ Dept.: _____

---

*ALTERNATIVE DISPUTE RESOLUTION (ADR):* If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2156) for a list of ADR providers and their qualifications, services, and fees.

*WARNING:* Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

**CIVIL LAWSUIT NOTICE**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET / CIVIL DIVISION

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

<   **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

<   **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

<   **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

<   **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

<   **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

<   **Mediation** is an informal, confidential process in which a neutral party (the mediator) assists the parties in understanding their own interests, the interests of the other parties, and the practical and legal realities they all face. The mediator then helps the parties to explore options and arrive at a mutually acceptable resolution of the dispute. The mediator does not decide the dispute. The parties do.

<   Mediation may be appropriate when:
    <   The parties want a non-adversary procedure
    <   The parties have a continuing business or personal relationship
    <   Communication problems are interfering with a resolution
    <   There is an emotional element involved
    <   The parties are interested in an injunction, consent decree, or other form of equitable relief

*–over–*

> Arbitration is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.
>
> Arbitration may be appropriate when:
> - The action is for personal injury, property damage, or breach of contract.
> - Only monetary damages are sought.
> - Witness testimony, under oath, is desired
> - An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)
>
> Neutral evaluation is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.
>
> Neutral evaluation may be appropriate when:
> - The parties are far apart in their view of the law or value of the case.
> - The case involves a technical issue in which the evaluator has expertise
> - Case planning assistance would be helpful and would save legal fees and costs
> - The parties are interested in an injunction, consent decree, or other form of equitable relief
>
> Special masters and referees are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.
>
> Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.
>
> Settlement conferences are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

## *What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

## *Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

Contact:

Santa Clara County Superior Court
ADR Administrator
408-882-2530

Santa Clara County DRPA Coordinator
408-792-2704

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: alslanguage@gmail.com

ENDORSED FILED

07 JUN 27 PM 2:51

~~~~~~/CLERK
~~~~~ ART OF CA.
~~~~ STA. CLARA
S. GANDAYATH

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| MOHAMED ABOUELHASSAN<br>PRO SE<br><br>*Plaintiff,*<br><br>*v.*<br><br>CHASE BANK, EXPERIAN, EQUIFAX<br>CREDIT INFORMATION SERVICES, Inc,<br>TRANSUNION, DOE 1, aka "B-Line",<br>inclusive,<br><br>*Defendants.* | Case No.<br><br>1 0 7 C V 0 8 8 8 6 0<br><br>COMPLAINT FOR LIBEL DEFAMATION<br>OF CHARACTER AND PROFESSIONAL<br>NEGLIGENCE |

Plaintiff MOHAMED ABOUELHASSAN alleges as follow:

1.      Plaintiff MOHAMED ABOUELHASSAN is a United States citizen, resident of
San Jose, CA, in Santa Clara County, CA.

2.      Plaintiff is informed and believes, and thereon alleges, that one or more of the
Defendants are, and were at all times relevant herein, either residents of the State of

**COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL
NEGLIGENCE**
- 1 -

California, doing business in the State of California, or otherwise engaging in activity creating sufficient contact with the State of California to give rise to personal jurisdiction.

3.    Plaintiff is ignorant of the true name and capacities of the Defendant, who are sued herein as DOE 1, aka "B-Line", and therefore sues this Defendant under such fictitious name. Plaintiff will amend this Complaint to allege said DOE, aka "B-Line", Defendant's true name and capacities when ascertained. Plaintiff is informed and believes and thereon alleges, that the fictitiously named Defendant is responsible in some manner for the occurrences alleged herein, and that Plaintiff's damages as herein alleged were caused by such Defendant. This fictitiously named Defendant shall be collectively referred to with the other Defendants as "Defendants."

4.    Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, each of the Defendants was the agent of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of the other Defendants.

5.    Plaintiff is informed and believes, and thereon alleges, that venue is proper in this County because at least one or more Defendants resides in and/or engaged in the conduct alleged within the State of California, and the Plaintiff's primary residence is located within the County of Santa Clara, CA.

## GENERAL ALLEGATIONS

6.    Plaintiff Mohamed Hossni Abouelhassan is a citizen of The United States of America, with Egyptian origin, he speaks fluently Arabic, his mother tongue, and English, which he studied since 1987 in both Egypt and the United States. He is knowledgeable and competent in both cultures and languages, he possess skills that are required in post

**COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL NEGLIGENCE**

- 2 -

September 11$^{th}$ 2001 America. His educational and professional background well qualify him for high positions in serving the Government and People of the United States in its war against terrorism, such positions require granting security clearance, and determination of person's financial responsibility. Impairment of such reputation and financial responsibility directly diminishes and impairs Plaintiff's ability to conduct his business and his professional character as a candidate for such sensitive positions as a translator and interpreter.

7.    Plaintiff is informed and believes, and thereon alleges, that Defendants made statements about the Plaintiff and his financial responsibility and worthiness by posting or causing to be posted false statements available on the World Wide Web and/or in consumer credit report. The statements posted by Defendants about Plaintiff contain false, misleading and damaging information about Plaintiff. Plaintiff is further informed and believes that Defendants posted the statements for the purpose of assuring that the information would reach large audience, including interested parties, financial institutions, insurance institutions, employers and potential employers interested in Plaintiff.

8.    Plaintiff is informed and believes, and thereon alleges, that Defendants' false and misleading statements about Plaintiff in fact did reach a large audience, including interested parties, financial institutions, insurance institutions, employers and potential employers, and others, and affected the decisions such entities made concerning Plaintiff.

## FIRST CAUSE OF ACTION

### (Libel Defamation and Professional Negligence- Against all Defendants)

9.    Plaintiff realleges and incorporates Paragraphs 1 through 8 as though fully set forth herein.

## COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL NEGLIGENCE

- 3

10.    On or about December 2004 Plaintiff filed for Chapter 7 Bankruptcy in the United States Bankruptcy Court, Northern Alabama District, Eastern Division. Plaintiff included the Chase credit card account number 5435-0515-0160-4307, and received a discharge dating 11/05/2004.

11.    On or about December 2004 Defendants published, and/or made available on the World Wide Web, in consumer credit reports, to the public and to large audience, including interested parties, financial institutions, insurance institutions, employers and potential employers interested in Plaintiff, statements stating and implying that Plaintiff has late payments for the discharged credit card account for 24 consecutive months (Exhibit 1). Defendants willfully and without justification nor privilege, communicated to others false and misleading statements to the effect that Plaintiff has late payments for 24 consecutive months, an action which impacted Plaintiff's ability to obtain fair credit, fair interest rates, and fair employment opportunities.

12.    This publication was made of and concerning Plaintiff and was so understood by those who read the publication and the consumer credit reports about Plaintiff.

13.    Defendants made this publication without determining its validity, an act of professional negligence that severely lowered Plaintiff's credit score and worthiness, and affected decision making concerning Plaintiff's credit worthiness, which in result limited and/or eliminated his access to fair credit, access to higher employment including but not limited to, an Arabic Language Interpreter position with the salary of $176,000.00 a year, serving the United States Armed Forces in Iraq.

14.    This false publication is libelous on its face. On its face, it harms Plaintiff's reputation, and impugns Plaintiff's integrity. Plaintiff also contends that the publication

**COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL NEGLIGENCE**

- 4

affects present and may affect potential credit providers and potential employers, other official or non official interest in Plaintiff's qualifications and general integrity.

15.    Plaintiff is informed and believes and therefore alleges that Defendants owe Plaintiff the highest fiduciary duty, including the duties of honesty, good faith and professionalism.

16.    As set forth in detail above, Plaintiff is informed and believes and therefore alleges that Defendants breached their fiduciary duty owed to him by publishing false and misleading statements disparaging Plaintiff's credit score and worthiness, and affected decision making concerning Plaintiff's credit worthiness and general integrity.

17.    On or about December 2004, Defendant Chase Bank reported 24 late payments; from December 2004 to November 2006, for credit card account that was discharged in Bankruptcy. An action which violates section 727 of title 11, United States Code "the Bankruptcy Code", such an action represents a contempt of Court, and a libel action against Plaintiff. When Plaintiff contacted Chase Bank about the incident, he was informed that his account was sold to Defendant "B-Line", Chase Bank representatives in bad faith and against Plaintiff's rights refused to provide any information nor contact information about Defendant "B-Line".

18.    Defendants Experian, Equifax, and TransUnion published the statements reported by Chase Bank without validating it and despite its mismatching the Bankruptcy discharge showing in Plaintiff's credit report, and the status of debt "Bankruptcy" during the publication and the reporting of the negative statements.

19.    On or about July 2006, Plaintiff Mohamed Abouelhassan purchased a used 2003 Ford car that it is financed to him by Chase Bank; account number 00528390194413, with

**COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL NEGLIGENCE**

interest rate of 25.74%, Plaintiff then accepted this high interest rate under the impression that it is due to his Bankruptcy, while in fact it was due to Chase Bank false and misleading reports of late payments of the above mentioned credit card account to the 3 credit agencies, such degrading and defamatory information that reduced Plaintiff's credit score, and put him in mental and psychological anguish which forced him to accept such a high interest rate due to his need for a car. At that time Plaintiff was renting a car for almost $1000.00 a month for 6 months. Plaintiff never missed a payment on this loan nor on the credit card account before it was discharged in Bankruptcy. Plaintiff does respect his financial obligations, and make his payments on time.

20.    Defendants' above statements were in fact false and misleading.

21.    This false publication was seen and read by persons nationwide.

22.    As a proximate result of the above described publication, Plaintiff has suffered damages in an amount in excess of the jurisdictional minimum of this Court, and to be proved at trial.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment as follows:

1.    An award of consequential, general, special and compensatory damages, according to proof at trial;

2.    An award of punitive damages, according to proof at trial;

3.    Costs and expenses including attorneys fees reasonably incurred in connection with commencement and prosecution of this action pursuant to Code of Civil Procedure section 1021.5;

COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL NEGLIGENCE

- 6 -

4.      For Defendant Chase Bank to rescind the 2003 Ford car and its auto loan. And Defendant Chase Bank to refund Plaintiff his down payment and his monthly payments since August 18th, 2006 till the present.

5.      For Defendants to remove false statements (24 late payments) from Plaintiff's credit report, report it to all credit bureaus and associated agencies, and to reassess Plaintiff's credit score.

6.      Costs of suit; and

7.      Grant any and all further relief this Court deems just and proper.


Dated: JUNE 18, 2007                          Respectfully submitted,


MOHAMED HOSSNI ABOUELHASSAN
PRO SE
805 BORDEN RAE CT,
SAN JOSE, CA 95117
Telephone (510) 501-1800
Fax: 408-615-1818
Email: egyptusa76@msn.com
           alslanguage@gmail.com


COMPLAINT FOR LIBEL DEFAMATION OF CHARACTER AND PROFESSIONAL
NEGLIGENCE

- 7

# List of Exhibits

1- Plaintiff's consumer credit report showing the 24 months late payment reported after discharge in bankruptcy.

Jul 11 20    13:29    P.14
To:914086151818    Page:3/7

**Exhibit 1**

```
   CCI
Credit Communications Inc.
```
10 Crow Canyon Court, Suite 200
San Ramon, CA 94583
Tel: 925.831.3920  Toll Free: 800.954.2260
Fax 800.303.9703

**CREDIT REPORT**

| Report No | 565521 |
|---|---|

Provided For: UNITED PARTNERS GROUP
3000 CROW CANYON PLACE, SUITE 130
SAN RAMON, CA 94503
Acct #: 1575

| Date Received 3/19/2007 | Date Issued 3/19/2007 | Requested By JAMES CONSOG |
|---|---|---|
| Loan Type | INMA # RT00565521 | Charges |
| Sources XP/TU/EF | Reference # | |

Probate Address

### GENERAL INFORMATION

| | | |
|---|---|---|
| Borrower Name ABOULHASSAN, MOHAMED | Social Security No 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 | DOB |
| Co-Borrower Name | Social Security No | DOB |
| Current Address 805 BORDENRAE COURT, SAN JOSE, CA 95117 | | Length |
| Previous Address | | Length |
| Marital Status | | |
| Dependents | | |

### CREDIT HISTORY

| ECOA | CREDITOR NAME / ACCOUNT NUMBER | DATE REPORTED LAST ACTIVITY | DATE OPENED | HIGH CREDIT ORIGINAL AMOUNT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS MOS 30 60 90 | TIMES PAST DUE | PRESENT STATUS |
|---|---|---|---|---|---|---|---|---|---|
| I:B | NCO FIN/57 1832981 ORIGINAL CREDITOR: VERIZON HAWAII | 05/04 | 04/04 | $60 COLL UNK $ | $62 | $62 | 6 0 0 0 | | COLLECTION XP/TU |
| I:B | ALA das CO 6003753532001 COLLECTION ACCOUNT, UTILITY | 08/04 05/04 | 09/01 | $51 OPEN: $10* | $51 | $51 | | | COLLECTION EF |
| I:B | CHASE 543561501C0 | 12/06 | 02/03 | $600 REV | $0 $0 | $0 | 25 0 0 24 | | BANKRUPTCY XP/TU/EF |
| | Late Dates: 11/06-150+, 10/06-150+, 9/06-150+, 8/06-150+, 7/06-150+, 6/06-150+, 6/06 150+, 4/06-150+, 3/06-150+, 2/06-150+, 1/06 150+, 12/05-150+, 11/05-150+, 10/05-150+, 9/05 150+, 8/05-150+, 7/05-150+, 6/05-150+, 5/05-150+, 4/05-150+, 3/05-150+, 2/05-150+, 1/05-150+, 12/04-150+, TRANSFERRED TO ANOTHER LENDER; PURCHASED BY ANOTHER LENDER; BANKRUPTCY CHAPTER 7 | | | | | | | | |
| B:B | EXCHANG HK 476590 PAID CHARGE OFF; BUSINESS ACCOUNT - PERSONAL GUARANTEE | 03/07 08/04 | 03/04 | INKT | $0 $0 | $0.19 | 0 0 0 | | PAID CHGOFF TU/EF |
| B:B | GEMB/WALMART 6032287*7100 Late Dates: 7/04-4N BANKRUPTCY CHAPTER 7 | 08/04 | 10/02 | $250 REV. | $0 $0 | $0 | 25 1 0 0 | | BANKRUPTCY XP/TU/EF |
| J:B | LEXUS FINANCIAL SE 7040366010568800? Late Dates: 6/04-3D SUBSCRIBER REPORTS DISPUTE RESOLVED—CONSUMER DISAGREES; BANKRUPTCY CHAPTER 7 | 07/04 | 06/03 | $34929 AUTO 060 | $0 $0 | $0 | 25 1 0 0 | | BANKRUPTCY XP/TU/EF |
| B:B | SALLIE MAE SERVICI 98828133010005 Late Dates: 3/06-90 | 05/06 05/06 | 10/04 | $8000 EDU 120 | $0 $0 | $0 | 20 0 0 7 | | PD WAS 90 XP/TU/EF |
| B:B | SALLIE MAE SERVICI 98828133010003 Late Dates: 3/06 90 | 05/06 05/06 | 09/04 | $8500 EDU 120 | $0 $0 | $0 | 21 0 0 1 | | PD WAS 90 XP/TU/EF |
| B:B | SALLIE MAE SERVICI 98828133010002 Late Dates: 3/06-90 | 05/06 05/06 | 08/02 | $4077 EDU 120 | $0 $0 | $0 | 46 0 0 1 | | PD WAS 90 XP/TU/EF |
| B:B | SALLIE MAE SERVICI 98828133010001 Late Dates: 3/06-90 | 05/06 05/06 | 08/02 | $8500 MIN 120 | $0 $0 | $0 | 46 0 0 1 | | PD WAS 90 XP/TU/EF |
| B:B | CHASE MHT BK 526036507070 CHAPTER 7 BANKRUPTCY | 08/04 05/04 | 02/03 | $600 REV | $- | | | | BANKRUPTCY TU |
| B:B | MITSUBISHI 1000506447129001 BANKRUPTCY CHAPTER 7; ACCOUNT TRANSFERRED OR SOLD | 06/06 07/04 | 06/03 | OTHER | $- | | | | BANKRUPTCY XP/TU/EF |

### O T H E R   C R E D I T   H I S T O R Y

\*\*\* NO RECORD FOUND \*\*\*

ECOA KEY: B—BORROWER, C—CO BORROWER, S—SHARED, J—JOINT, U—UNDESIGNATED, A—AUTHORIZED USER

Page 3/7

500-354-5555

# Exhibit B

<div align="left">Ropers Majeski Kohn & Bentley<br>A Professional Corporation<br>San Francisco</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CONSENT TO REMOVAL

The following defendants hereby consent to the removal of this action to the U.S. District Court

EXPERIAN

To the best of Experian's knowledge it has not yet been served with the complaint but consents to removal.

Dated: July 31 , 2007

By _Tracy Strong_____

Tracy Strong

Its Attorney - Jones Day, 555 California St, San Francisco, CA 94104 (415) 626-3939

EQUIFAX CREDIT INFORMATION SERVICES, INC.

Dated: _____, 2007

By_____

Its _____

TRANSUNION

Dated: _____, 2007

By_____

Its _____

RC1/5001287.1/CB12                    NOTICE OF REMOVAL

<div style="text-align: right; writing-mode: vertical-rl;">Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONSENT TO REMOVAL

The following defendants hereby consent to the removal of this action to the U.S. District Court

EXPERIAN

Dated: _____, 2007

By_____:

Its _____

EQUIFAX CREDIT INFORMATION SERVICES, INC.

Dated: July 31, 2007

By:   _____
      THOMAS P. QUINN, JR.
      NOKES & QUINN

Its:    Counsel

TRANSUNION

Dated: _____, 2007

By_____

Its _____

RCI/5001287.1/CB12                          NOTICE OF REMOVAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

**CONSENT TO REMOVAL**

The following defendants hereby consent to the removal of this action to the U.S. District Court

EXPERIAN

Dated: _____, 2007

By_____

Its _____

EQUIFAX CREDIT INFORMATION SERVICES, INC.

Dated: _____, 2007

By_____

Its _____

TRANSUNION

Dated: Aug. 1, 2007

By Donald E. Bradley

Its Attorney

RC1/5001287.1/CB12                                   NOTICE OF REMOVAL