GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as CHASE BANK

FILED
2007 AUG -1 P 12: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C07 03951<br><br>(Formerly Santa Clara County Superior Court Case No. 107CV088860)<br><br>**DEFENDANT CHASE BANK USA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** [Civ. L. R. 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for DEFENDANT CHASE BANK USA, N.A. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Chase Bank USA, N.A. | Defendant incorrectly sued as "Chase Bank" |
|---|---|
| CMC Holding Delaware, Inc. | Wholly owns Chase Bank USA, N.A. |

RC1/5001651.1/CB12 — - 1 - — DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| J.P. Morgan Equity Holding, Inc. | Wholly owns CMC Holding Delaware, Inc. |
|---|---|
| JPMorgan Chase & Co. | Wholly owns J.P. Morgan Equity Holding, Inc. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of October 7, 2005. |

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 31, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A