GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:       gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as CHASE BANK

FILED
2007 AUG -1 P 12: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMED ABOUELHASSAN,

    Plaintiff,

v.

CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,

    Defendants.

CASE NO. C07 03951 PVT

**PROOF OF SERVICE**

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

NOTICE OF FILING OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

DEFENDANT CHASE BANK USA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civ. L. R. 3-16]

RC1/5001814.1/CB12        - 1 -        NOTICE OF FILING OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | | |
| 2 | ☐ | (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. |
| 3 | | |
| 4 | ☒ | (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. |
| 5 | ☐ | (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. |
| 6 | | |

**Plaintiff *In Pro Per***

Mohamed Abouelhassan
805 Borden Rae Ct.
San Jose, CA 95117
Tel: 510 501 1800
Fax: 408 615 1818

**Attys. for TRANS UNION LLC**
Donald E. Bradley, Esq.
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
Phone: (714) 668-2400
Fax: (714) 668-2490
D.Bradley@MPGLAW.com

**Counsel for EQUIFAX INFORMATION SERVICES LLC**
Thomas P. Quinn, Esq.
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
tquinn@nokesquinn.com

**Attys. for EXPERIAN INFORMATION SOLUTIONS, INC.**
Tracy Strong, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94120
415 626-3939
Fax: 415 875-5700
tstrong@jonesday.com

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 1, 2007, at San Francisco, California.

*/s/ Charles D. Brown*
Charles D. Brown

RC1/5001814.1/CB12

- 2 -

NOTICE OF FILING OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT