THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | Case No.  5:07-cv-03951 PVT<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC [sued herein as EQUIFAX CREDIT INFORMATION SERVICES, INC.], certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

- 1 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

EQUIFAX'S CERTIFICATION/NOTICE OF INTERESTED PARTIES
Case No: 5:07-cv-03951 PVT

1    2.   Equifax, Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated: August 3, 2007

/s/
THOMAS P. QUINN, JR.
Attorney for Defendant EQUIFAX
INFORMATION SERVICES LLC

Of Counsel:

Stephanie Cope, Esq.
Georgia Bar No: 214378
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

EQUIFAX'S CERTIFICATION/NOTICE OF INTERESTED PARTIES
Case No: 5:07-cv-03951 PVT

# CERTIFICATE OF SERVICE

MOHAMED ABOUELHASSAN v CHASE BANK, et al, CASE NO: C07 03951 PVT

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On August 3, 2007. I served a true copy of the

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

[ X ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Mohamed Abouelhassan, Pro Se
> 805 Borden Rae Court
> San Jose, CA 95117
> Tel: (510) 501-1800
> Fax: (408) 615-1818
> Email: alslanguage@gmail.com

**[ X ]   VIA EMAIL:**   George G. Weickhardt, Esq.
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel: 415-543-4800 — Fax: Fax: 415-972-6301
Email: gweickhardt@ropers.com
Attorneys for Defendant Chase Bank

**[ X ]   [COURTESY COPY] VIA EMAIL:**

Donald E. Bradley, Esq.        D.Bradley@MPGLAW.com
Tracy Strong, Esq.             tstrong@jonesday.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on August 3, 2007, at Laguna Beach, California.