1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@ropers.com
5
   Attorneys for Defendant CHASE BANK USA, N.A.,
6  formerly known as CHASE MANHATTAN BANK USA,
   N.A. and erroneously sued herein as CHASE BANK
7

FILED
AUG 0 7 2007
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C07-03951 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 6, 2007                ROPERS, MAJESKI, KOHN & BENTLEY

                                     By: _____
                                     GEORGE G. WEICKHARDT
                                     PAMELA J. ZANGER
                                     Attorneys for Defendant
                                     CHASE BANK USA, N.A

USDC NDCA
CASE NO. C07-03951 PVT            - 1 -
RC1/5002338.1/CB12

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE