**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **MOHAMED ABOUELHASSAN,** | **C 07-3951 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **CHASE BANK, ET AL.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 6, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **November 9, 2007 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before November 2, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 8, 2007                    RICHARD W. WIEKING,
                                         Clerk of Court

                                         /s/ Corinne Lew
                                         Corinne Lew
                                         Courtroom Deputy

1 | Copies mailed to:

**Mohamed Abouelhassan**
805 Borden Rae Court
San Jose, CA 95117