**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**August 8, 2007**

CASE NUMBER:  CV 07-03951 PVT
CASE TITLE:  MOHAMED ABOUELHASSAN-v-CHASE BANK, ET AL

<u>REASSIGNMENT ORDER</u>

   GOOD CAUSE APPEARING THEREFOR,

   IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Jeremy Fogel** for all further proceedings.

   Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


   ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/8/07

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                        *Richard W. Wieking*
                                                              Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 8/8/07 |


CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |