GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A.,
formerly known as CHASE MANHATTAN BANK USA,
N.A. and erroneously sued herein as CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C 07-03951 JF<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br>[F.R.C.P. 12(b)(6)]<br><br>Date: September 28, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5TH Floor<br>Hon. Jeremy Fogel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 28, 2007, at the hour of 9:00 a.m., in Courtroom 3 of the above-entitled Court, located at 280 South 1st Street, San Jose, California, The Honorable Jeremy Fogel presiding, defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as CHASE BANK will move to dismiss the complaint herein and all of its purported causes of action on the ground that the complaint fails to state facts sufficient to constitute a claim for relief.

This motion will be based on Federal Rule of Civil Procedure 12(b)(6), the attached Memorandum of Points and Authorities, oral argument at the hearing thereof and such other

1  papers as may be on file in this action.

2  Dated: August 8, 2007                                      ROPERS, MAJESKI, KOHN & BENTLEY

4                                                             By: _____
5                                                             GEORGE G. WEICKHARDT
                                                              PAMELA J. ZANGER
6                                                             Attorneys for Defendant
                                                              CHASE BANK USA, N.A