1

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

2

3

4

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

5

Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN JOSE DIVISION

11

12

MOHAMED ABOUELHASSAN,

Case No. 5:05-cv-03951-JF

13

Plaintiff,

[Assigned to The Honorable
Jeremy Fogel]

14

vs.

Complaint Filed: June 27, 2007

15

16

17

CHASE BANK, EXPERIAN,
EQUIFAX CREDIT INFORMATION
SERVICES, Inc, TRANSUNION, DOE
1, aka "B-Line", inclusive,

**NOTICE OF APPEARANCE AND
STATE COURT ANSWER OF
DEFENDANT TRANS UNION LLC**

18

Defendants.

19

**PLEASE TAKE NOTICE THAT** Defendant Trans Union LLC,

20

having joined in the removal of Plaintiff's action to this Court, files the attached

21

Answer, which had been previously filed in the State Court, prior to the removal.

22

23

DATED: August 16, 2007

MUSICK, PEELER & GARRETT LLP

24

25

By: _____

26

27

Donald E. Bradley
Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

28



# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

 On August 16, 2007, I served the foregoing document(s) described as **NOTICE OF APPEARANCE AND STATE COURT ANSWER OF DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

 **See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

 Executed on August 16, 2007, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Karen S. Reisner_
Karen S. Reisner

1

## SERVICE LIST

2 Mohamed Abouelhassan
805 Borden Rae Court
3 San Jose, CA 95117
Phone: 510-501-1800
4 Fax: 408-615-1818
alslanguage@gmail.com
5

6

George Geoffrey Weickhardt
Pamela Jeanne Zanger
Ropers, Majeski, Kohn & Bentley PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
Phone: 415-543-4800
Fax: 415-972-6301
gweickhardt@ropers.com
pzanger@ropers.com

7 Thomas P. Quinn, Jr.
Nokes & Quinn
8 450 Ocean Avenue
Laguna Beach, CA 92651
9 Phone: 949-376-3070
Fax: 949-376-3070
10 yhoman@nokesquinn.com

Tracy Strong
Jones Day
555 California Street
San Francisco, CA 94104
Phone: 415-626-3939
Fax: 415-875-5700
tstrong@jonesday.com

11

12 Stephanie Cope
King & Spalding LLP
1180 Peachtree Street, N.E.
13 Atlanta, GA 30309
Phone: 404-215-5908
14 Fax: 404-572-5100
scope@kslaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

2

3

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

4

5    Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

6

7



8               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **FOR THE COUNTY OF SANTA CLARA**

10

11    MOHAMED ABOUELHASSAN,              Case No. 107CV 088860

12              Plaintiff,               [Assigned to The Honorable Joseph Huber,
                                         Dept. 8]
13         vs.
                                         Complaint Filed: June 27, 2007
14    CHASE BANK, EXPERIAN, EQUIFAX
      CREDIT INFORMATION SERVICES, Inc,  **ANSWER AND AFFIRMATIVE**
15    TRANSUNION, DOE 1, aka "B-Line",   **DEFENSES OF TRANS UNION LLC**
      inclusive,                         **TO COMPLAINT**
16
              Defendants.
17

18         Defendant Trans Union, LLC, for itself and no other, by and through its attorneys,

19    Musick Peeler & Garrett LLP, hereby answers the captioned Complaint as follows:

20                          **GENERAL DENIAL**

21         1.    Pursuant to the provisions of California Code of Civil Procedure § 431.30(d),

22    Trans Union denies generally and specifically all of the allegations contained in the captioned

23    Complaint, and each and every alleged cause of action alleged against Trans Union, and further

24    denies that Plaintiff was damaged or injured in any sum, or at all, by reason of any act, or omission

25    to act, or any other conduct on the part of Trans Union, or any of its agents or employees.

26                        **AFFIRMATIVE DEFENSES**

27                            **FIRST DEFENSE**

28         1.    Plaintiff has failed to state a claim against Trans Union upon which relief

544900.1
_____
          **ANSWER AND AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT**

1   may be granted.

2                           **SECOND DEFENSE**

3          2.     On information and belief, Trans Union alleges that any purported damages

4   to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of third

5   parties over whom Trans Union has neither control nor responsibility.

6                           **THIRD DEFENSE**

7          3.     Some or all of Plaintiff's claims against Trans Union are barred by applicable

8   statutes of limitations, including, but not limited to, 15 U.S.C. §1681p and Civil Code Section

9   1785.33.

10                          **FOURTH DEFENSE**

11         4.     Trans Union has complied with the provisions of the FCRA, 15 U.S.C.

12  §§1681a-x and the California Consumer Credit Reporting Agencies Act ("CCCRAA"), Civ. Code

13  §§1785.1 and 1785.36, in its handling of Plaintiff's credit file, and is entitled to each and every

14  defense afforded to it by those Acts.

15                          **FIFTH DEFENSE**

16         5.     Plaintiff, though under a duty to do so, has failed and neglected to reasonably

17  mitigate her alleged damages and, therefore, cannot recover against Trans Union, whether as

18  alleged, or otherwise.

19                          **SIXTH DEFENSE**

20         6.     Without admitting that it has the burden of proof on the issue, Trans Union

21  alleges that at all times relevant to the Complaint, it followed reasonable procedures to assure the

22  maximum possible accuracy of the information contained in Plaintiff's Trans Union credit reports.

23                          **SEVENTH DEFENSE**

24         7.     At all times relevant to the Complaint, Trans Union conducted proper

25  reinvestigation procedures concerning Plaintiff in preparing consumer reports related to Plaintiff.

26                          **EIGHTH DEFENSE**

27         8.     Any credit report or other information released by Trans Union to a third

28  party concerning Plaintiff was done with Plaintiff's explicit or implicit consent.

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

544900.1                                                 2
        **ANSWER AND AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT**

1

**NINTH DEFENSE**

2        9.      Trans Union is informed and believes, and thereon alleges, that any purported

3  damages sustained by Plaintiff, were, in whole or in part, caused by her own actions and resulted

4  from Plaintiff's own negligence, equal to or exceeding any alleged wrongdoing by Trans Union.

5

**TENTH DEFENSE**

6        10.     Trans Union is informed and believes, and thereon alleges, that Plaintiff's

7  Complaint is barred by the doctrine of Unclean Hands.

8

**ELEVENTH DEFENSE**

9        11.     Trans Union is informed and believes, and thereon alleges, that some or all of

10  Plaintiff's claims are barred by res judicata.

11

**TWELFTH DEFENSE**

12        12.     Trans Union is informed and believes, and thereon alleges, that some or all of

13  Plaintiff's claims are barred by collateral estoppel.

14

**THIRTEENTH DEFENSE**

15        13.     Plaintiff's Complaint is barred by the privileges contained in 15 U.S.C.

16  §1681h(e), and Civil Code §§1785.32 and 47.

17

**FOURTEENTH DEFENSE**

18        14.     Trans Union reserves the right to assert additional defenses that it may learn

19  of through the course of discovery.

20

**PRAYER**

21        WHEREFORE, Defendant Trans Union LLC prays as follows:

22        1.      That Plaintiff take nothing by reason of his Complaint;

23        2.      That the Complaint be dismissed in its entirety as to Trans Union;

24        3.      That Trans Union be awarded its costs of suit and reasonable attorneys' fees

25  incurred herein; and

26        4.      For such other and further relief as this Court may deem just and proper.

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

544900.1

3

**ANSWER AND AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT**

1 | DATED:  August 1, 2007                    MUSICK, PEELER & GARRETT LLP

2

3 |                                      By:  *Donald E. Bradley*

4 |                                           Donald E. Bradley
    |                                           Attorneys for Trans Union LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

544900.1                                                4
**ANSWER AND AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT**

**PROOF OF SERVICE**

1

2    STATE OF CALIFORNIA
     COUNTY OF ORANGE                                        AUG - 2 07

3
             I am employed in the County of Orange, State of California.  I am over the age of 18 and not
4    a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200,
     Costa Mesa, California 92626-1925.
5                                                                            J. Zenzen

     On  August 1, 2007, I served the foregoing document(s) described as **ANSWER AND**
6    **AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT** on the interested
     parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:
7            **See Attached List**

8    ☐     **BY PERSONAL DELIVERY.**  I delivered such envelope by hand to the offices of the
            addressee.
9
     ☒     **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed in the
10          U.S. Mail at Costa Mesa, California.  I am "readily familiar" with the firm's practice of
            collection and processing correspondence for mailing.  Under that practice, it would be
11          deposited with the U.S. postal service on that same day with postage thereon fully prepaid at
            Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the
12          party served, service is presumed invalid if postal cancellation date or postage meter date is
            more than one day after date of deposit for mailing in affidavit.
13
     ☐     **BY FACSIMILE TRANSMISSION.**  I caused such document to be transmitted to the
14          addressee(s) facsimile number(s) noted herein.  The facsimile machine used complies with
            Rule 2003 and no error was reported by the machine.  Pursuant to Rule 2008(e), I caused the
15          machine to print a transmission record of the transmission, a copy of which is attached to
            this declaration.
16
     ☐     **BY FEDERAL EXPRESS.**  I caused such envelope to the deposited at the Federal Express
17          office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges
            prepaid.  I am "readily familiar" with the firm's practice of collection and processing
18          correspondence for delivery by Federal Express delivery service.  Under that practice, it
            would be deposited with the delivery service on that same day with delivery charges thereon
19          fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the
            addressee.
20
     Executed on August 1, 2007, at Costa Mesa, California.
21
     ☒     **(State)**       I declare under penalty of perjury under the laws of the State of California
22                           that the foregoing is true and correct.

23   ☐     **(Federal)**     I declare that I am employed in the office of a member of the bar of this
                             Court at whose direction the service was made.  I declare under penalty of
24                           perjury under the laws of the United States of America that the foregoing
                             is true and correct.
25

26                                          Karen S. Reisner
                                            _____
27                                          Karen S. Reisner

28

1

**SERVICE LIST**

2    Mohamed Abouelhassan           George G. Weickhardt
     805 Borden Rae Ct.                 Ropers, Majeski, Kohn & Bentley PC

3    San Jose, CA 95117                201 Spear St., Ste. 1000
     Phone: 510-501-1800               San Francisco CA 94105

4    Fax: 408-615-1818                  Phone: 415-972-6370
     alslanguage@gmail.com             Fax: 415-972-6301

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

544900.1                             6

**ANSWER AND AFFIRMATIVE DEFENSES OF TRANS UNION LLC TO COMPLAINT**