**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                              408.535.5364

August 28, 2007

RE:  CV 07-03951 JF           MOHAMED ABOUELHASSAN-v- CHASE BANK, ET AL


Default is entered as to Defendant Experian Information Solutions, Inc. on 8/28/2007.



RICHARD W. WIEKING, Clerk


byGordana Macic
Case Systems Administrator


NDC TR-4  Rev. 3/89