Brian J. Recor (State Bar No. 229091)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539
Email: brecor@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.
(erroneously sued as "Experian")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>**DECLARATION OF BRIAN J. RECOR IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

I, Brian Recor, state the following:

1.     I am an attorney licensed to practice law in the State of California and admitted before the U.S. District Court for the Northern District of California. I am an associate attorney in the Irvine, California office of the law firm Jones Day, counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this action. The facts stated in this Declaration are based on my personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2.     I make this Declaration in support of Experian's Motion to Set Aside Entry of Default.

LAI-2899825v1

3. I received notice of the Court's August 28, 2007 Entry of Default from an email from a codefendant's attorney on August 28, 2007. I immediately accessed the Pacer online docket for this case and saw that Plaintiff's Request for Entry of Default was not available online. I then telephoned the clerk of court, who faxed me a copy of the document later that afternoon.

4. On August 29, 2007 at approximately 11 a.m., I called Plaintiff Mohamed Abouelhassan and explained to him that, based on the attachments to his Request for Entry of Default, the complaint and summons were sent to a P.O. Box of ConsumerInfo.com, Inc., and that service was invalid on Experian Information Solutions, Inc. I asked him to stipulate to set aside the default and he offered to consider a stipulation sent by email.

5. On August 29, 2007 at 12:11 p.m., I sent a draft stipulation to Plaintiff by email for his review and response to avoid motion practice. I did not receive a response.

6. On August 29, 2007 at approximately 4:30 p.m., I called Plaintiff to ask if he would agree to stipulate to set aside the default. Plaintiff told me that Experian would have to file the motion and he would do research to see whether he opposed it. He told me he thought his wife may have filed another motion and, if so, he would fax me any documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 29, 2007, at Irvine, California.

/s/ Brian J. Recor

LAI-2899825v1                                2