1  Brian J. Recor (State Bar No. 229091)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA 92614
3  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
4  Email: brecor@jonesday.com

5  Attorneys for Defendant
   Experian Information Solutions, Inc.
6  (erroneously sued as "Experian")

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | MOHAMED ABOUELHASSAN,           | CASE NO. 5:07-cv-03951-JF

13 |         Plaintiff,

14 |   v.                             | **DECLARATION OF MARINA VELARDI IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

15 | CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,

17 |         Defendants.

18

19

20  I, Marina Velardi, state the following:

21       1.    I am the Senior Paralegal in the Law Department of Experian Information

22  Solutions, Inc. ("Experian"). I have been employed in that capacity since 2003. Part of my duties

23  include receiving litigation complaints and communicating with outside counsel regarding all

24  pending litigation. The facts stated in this Declaration are based on my personal knowledge and,

25  if called upon to do so, I could and would competently testify thereto.

26       2.    I make this Declaration in support of Experian's Motion to Set Aside Entry of

27  Default.

28

3. Experian has no record of ever receiving a complaint or summons in this action, or any action commenced by Mohamed Abouelhassan ("Plaintiff").

4. Experian's registered agent for service of process in California is CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

5. Experian's principal place of business is located at 475 Anton Boulevard, Costa Mesa, CA 92626.

6. Experian does not accept service of process through a sister company's post office box, and its legal department never received a copy of the complaint and summons through any channel. To the best of my knowledge, Experian was never contacted regarding Plaintiff's motion for an entry of default or his motion to file an amended complaint.

7. Experian does not maintain an address at P.O. Box 19729, Irvine, CA 92623. It is my understanding that ConsumerInfo.com, Inc. ("CIC"), a sister company to Experian, maintains that post office box for consumer correspondence.

8. Based on my search of the Experian company directory, William Rose is not an Experian employee and is not Experian's agent for service of process or authorized to receive process on behalf of Experian.

9. While Experian has not completed its investigation of Plaintiff's claims, it has no reason to believe that it acted in this manner in regards to Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 29, 2007, at Costa Mesa, California.

*[signature]*

Marina Velardi