UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>    Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>**[PROPOSED] ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

The default entered on August 28, 2007 against defendant Experian Information Solutions, Inc. ("Experian") is set aside. Experian shall file its response to the operative complaint within 10 days after entry of this Court of this Order.

**IT IS SO ORDERED.**

Dated:            , 2007

By: _____
United States District Judge

LAI-2899670v1