1  Brian J. Recor (State Bar No. 229091)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA  92614
3  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
4  Email: brecor@jonesday.com

5  Attorneys for Defendant
   Experian Information Solutions, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  MOHAMED ABOUELHASSAN,          CASE NO.  5:07-cv-03951-JF

13            Plaintiff,            **DEFENDANT EXPERIAN INFORMATION
                                    SOLUTIONS, INC.'S AMENDED NOTICE OF
14       v.                        MOTION TO SET ASIDE ENTRY OF
                                    DEFAULT**
15  CHASE BANK, EXPERIAN,
    EQUIFAX CREDIT INFORMATION      New Hearing Date:
16  SERVICES, INC. and DOE 1 aka "B- Date:   **October 26, 2007**
    Line," inclusive,               Time:  9:00 a.m.
17                                  Judge: Hon. Jeremy Fogel
             Defendants.            Ctrm:  3, Fifth Floor
18

19       **PLEASE TAKE NOTICE** that defendant Experian Information Solutions, Inc.'s motion

20  to set aside the entry of default, will be heard on **October 26, 2007**, at 9 a.m., or as soon

21  thereafter as counsel may be heard, in the courtroom of U.S. District Judge Jeremy Fogel, located

22  at Courtroom 3, Fifth Floor in San Jose, California.

23       This motion was previously calendared for October 5, 2007, which the Court has indicated

24  is no longer available.

25  Dated: August 31, 2007           JONES DAY

26                                   By: /s/ Brian J. Recor
                                         Brian J. Recor
27
                                     Counsel for Defendant
28                                   EXPERIAN INFO. SOLUTIONS, INC.

LAI-2900261v1                                    AMENDED NOTICE OF EXPERIAN'S MOT.
                                                  TO SET ASIDE ENTRY OF DEFAULT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Brian J. Recor, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3 Park Plaza, Suite 1100, Irvine, California  92614.  On August 31, 2007, I served a copy of the within document(s) on all counsel of record using the Court's ECF system pursuant to General Order No. 45:

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AMENDED NOTICE OF MOTION TO SET ASIDE ENTRY OF DEFAULT**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 31, 2007, at Irvine, California.

/s/ Brian J. Recor

AMENDED NOTICE OF EXPERIAN'S MOT.
TO SET ASIDE ENTRY OF DEFAULT