Linh K. Tran, CA Bar No. 224662
2101 Fourth Avenue, Suite 900
Seattle, WA 98121
Telephone: 206-239-1952
Facsimile: 206-239-1958

Attorney for Defendant, B-LINE, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| MOHAMED ABOUELHASSAN, | Case No. 5:07-cv-03951 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive, | |
| B-Lines. | |

I, the undersigned whose address appears below, certify:

That I am and at all times hereinafter mentioned was, more than 18 years of age; and not

a party to the above-entitled case.

CERTIFICATE OF SERVICE – Page 1

That on the 12th day of September, 2007, I served a true and correct copy of:

B-LINE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Via USPS first class mail, postage prepaid to the following parties:

| | |
|---|---|
| Mohamed Abouelhassan<br>805 Borden Rae Court<br>San Jose, CA 95117 | George G. Wickhardt, Esq.<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105 |
| Brian James Recor<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300 | Pamela Jeanne Zanger.<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105 |
| Thomas P. Quinn<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651 | Donald E. Bradley<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626 |

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 12th day of September, 2007.

B-LINE, LLC

By  */S/ LINH K. TRAN*
     LINH K. TRAN
     Attorney for Defendant

CERTIFICATE OF SERVICE – Page 2

Linh ef030204