THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | Case No: C07 03951 JF<br><br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF EQUIFAX INFORMATION SERVICES LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

COMES NOW Defendant Equifax Information Services LLC [sued and served herein as EQUIFAX CREDIT INFORMATION SERVICES, INC.] ("Equifax"), through its undersigned counsel, and for its answer and affirmative defenses to Plaintiff's Amended Complaint, states as follows.

1.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint and therefore denies the same.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –

EQUIFAX'S ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

## GENERAL ALLEGATIONS

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

6.      Equifax denies the allegations contained in Paragraph 6 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7.      Equifax denies the allegations contained in Paragraph 7 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

## FIRST CAUSE OF ACTION

### (Libel Defamation and Professional Negligence-Against all Defendants)

8.      In response to Paragraph 8 of Plaintiff's Amended Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10.     Equifax denies the allegations contained in Paragraph 10 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

- 2 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

12    Equifax denies the allegations contained in Paragraph 12 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13.    Equifax denies the allegations contained in Paragraph 13 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14.    Equifax denies the allegations contained in Paragraph 14 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15.    Equifax denies the allegations contained in Paragraph 15 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

16.    Equifax denies the allegations contained in Paragraph 16 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17.    Equifax denies the allegations contained in Paragraph 17 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

19.    Equifax denies the allegations contained in Paragraph 19 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of Plaintiff's Amended Complaint.

20.    Equifax denies the allegations contained in Paragraph 20 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

21.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

- 3 -

EQUIFAX'S ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

1

**REQUEST FOR RELIEF**

2

22.    Equifax denies that Plaintiff is entitled to any of the relief set out in his prayer for

3

relief, including each and every subpart.

4

**AFFIRMATIVE DEFENSES**

5

23.    Without assuming the burden of proof where it otherwise rests with the Plaintiff,

6

Equifax pleads the following defenses to Plaintiff's Amended Complaint:

7

**FIRST AFFIRMATIVE DEFENSE**

8

24.    Plaintiff's Amended Complaint fails to state a claim against Equifax upon which

9

relief can be granted.

10

**SECOND AFFIRMATIVE DEFENSE**

11

25.    Plaintiff's damages, if any, were not caused by Equifax, but by another person or

12

entity for whom or for which Equifax is not responsible.

13

**THIRD AFFIRMATIVE DEFENSE**

14

26.    Equifax Information Services LLC maintained reasonable procedures to assure

15

maximum possible accuracy in its credit reports.

16

**FOURTH AFFIRMATIVE DEFENSE**

17

27.    Equifax has complied with the provisions of the Fair Credit Reporting Act in its

18

handling of Plaintiff's credit file, and is entitled to each and every defense afforded to it by that

19

statute.

20

**FIFTH AFFIRMATIVE DEFENSE**

21

28.    Equifax asserts that some or all of Plaintiff's claims may be pre-empted by section

22

1681h(e) of the Fair Credit Reporting Act.

23

**SIXTH AFFIRMATIVE DEFENSE**

24

29.    Equifax has acted in good faith and without malice or intent to injure Plaintiff.

25

**SEVENTH AFFIRMATIVE DEFENSE**

26

30.    Plaintiff has not alleged any injury in fact.

27

**EIGHTH AFFIRMATIVE DEFENSE**

28

31.    Plaintiff has not suffered any damages.

- 4 –

EQUIFAX'S ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1

### NINTH AFFIRMATIVE DEFENSE

2      32.    Plaintiff's damages, if any, are caused by his own acts or omissions, or the acts or

3  omissions of third parties other than Equifax.

4

### TENTH AFFIRMATIVE DEFENSE

5      33.    Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C.

6  §1681n.

7

### ELEVENTH AFFIRMATIVE DEFENSE

8      34.    Plaintiff's Amended Complaint seeks the imposition of punitive damages.

9  Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional

10  protections mandated or provided by the United States Supreme Court in the following cases:

11  BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532

12  U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).

13

### TWELFTH AFFIRMATIVE DEFENSE

14      35.    Plaintiff has failed to mitigate his damages.

15

### THIRTEENTH AFFIRMATIVE DEFENSE

16      36.    Equifax reserves the right to plead additional defenses that it learns of through the

17  course of discovery.

18

### FOURTEENTH AFFIRMATIVE DEFENSE

19      37.    Equifax asserts that some or all of Plaintiff's claims are barred by qualified

20  immunity.

21

22      **WHEREFORE,** having fully answered Plaintiff's Amended Complaint, defendant

23  Equifax Information Services LLC prays for judgment as follows:

24      (1)    Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice,

25          with costs taxed against plaintiff;

26      (2)    That Equifax be dismissed as a party to this action;

27      (3)    That Equifax recover from Plaintiff its expenses of litigation, including attorneys'

28          fees; and

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

EQUIFAX'S ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

1          (4)      That Equifax recover such other and additional relief as the Court deems proper.

2                                                     Respectfully submitted,

3

4                                                     NOKES & QUINN

5

6    Dated: September 14, 2007                 _____

7                                                     /S/
                                                 THOMAS P. QUINN, JR.
                                                 Attorney for Defendant EQUIFAX
8                                                INFORMATION SERVICES LLC

9    Of  Counsel:

10   Stephanie Cope, Esq.
     Georgia Bar No:  214378
11   King & Spalding LLP
     1180 Peachtree Street, N.E.
12   Atlanta, GA 30309
     Tel: (404) 572-4600
13   Fax: (404) 572-5100

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

EQUIFAX'S ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF