# CERTIFICATE OF SERVICE

MOHAMED ABOUELHASSAN v CHASE BANK, et al, CASE NO: C07 03951 JF

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On September 14, 2007. I served a true copy of the

**ANSWER AND AFFIRMATIVE DEFENSES OF EQUIFAX INFORMATION SERVICES LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

[ X ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

>Mohamed Abouelhassan, Pro Se
>805 Borden Rae Court
>San Jose, CA 95117
>Tel: (510) 501-1800
>Fax: (408) 615-1818
>Email: alslanguage@gmail.com

**[ X ]  VIA EMAIL:**

Mohamed Abouelhassan    alslanguage@gmail.com
B-Line, LLC    linh.tran@blinellc.com
Donald E. Bradley    d.bradley@mpglaw.com, k.reisner@mpglaw.com
Thomas P. Quinn    yhoman@nokesquinn.com, tquinn@nokesquinn.com
Brian James Recor    brecor@jonesday.com, toniksutton@jonesday.com
Linh Kiet Tran    linh.tran@blinellc.com
George Geoffrey Weickhardt    gweickhardt@ropers.com,
mmcpherson@ropers.com
Pamela Jeanne Zanger    pzanger@ropers.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/S/
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on September 14, 2007, at Laguna Beach, California.