UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 28, 2007
**Case Number:** CV-07-3951-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   MOHAMED ABOUELHASSAN V. CHASE BANK, ET AL

PLAINTIFF                                        DEFENDANT

**Attorneys Present:** Mohamed Abouelhassan, Pro se   **Attorneys Present:** Pamela Zanger for Chase
                                                                                              Stephanie Cope for Equifax

PROCEEDINGS:
 Hearing on Motion to Dismiss held.  Parties are present.
 The motion is taken under submission.