GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:    gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A.,
formerly known as CHASE MANHATTAN BANK USA,
N.A. and erroneously sued herein as CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C07-03951 JF<br><br>**DECLARATION OF CHARLES D. BROWN IN SUPPORT OF DEFENDANT CHASE BANK USA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Date:    October 26, 2007<br>Time:    9:00 a.m.<br>Courtroom:    3<br>Judge:    Hon. Jeremy Fogel |

I, CHARLES D. BROWN, declare as follows:

1.   I am employed at the law firm of Ropers, Majeski, Kohn & Bentley, PC, counsel of record for Defendant Chase Bank USA, N.A. ("Chase") in the above-entitled action.

2.   On August 7, 2007, as stated in the proof of service attached hereto as Exhibit A, I mailed all the documents listed in such proof of service via first-class mail to Mohamed Abouelhassan at 805 Borden Rae Court, San Jose, California 95117.

I declare under penalty of perjury under the laws of the United States that the foregoing is

---

USDC NDCA CASE NO. C07-03951 PVT
RC1/5014606.1/RL3

- 1 -

DECLARATION OF CHARLES D. BROWN IN SUPPORT OF DEFENDANT CHASE BANK USA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

1 | true and correct and that this declaration was executed in the City and County of San Francisco on
2 | October 2, 2007.

CHARLES D. BROWN

USDC NDCA CASE NO. C07-03951 PVT
RC1/5014606.1/RL3

- 2 -

DECLARATION OF CHARLES D. BROWN IN SUPPORT OF DEFENDANT CHASE BANK USA, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS