1   GEORGE G. WEICKHARDT (SBN 58586)
2   PAMELA J. ZANGER (SBN 168356)
    **ROPERS, MAJESKI, KOHN & BENTLEY PC**
    201 Spear Street, Suite 1000
3   San Francisco, CA 94105
    Telephone:   (415) 543-4800
4   Facsimile:   (415) 972-6301
    Email:       gweickhardt@ropers.com
5
    Attorneys for Defendant CHASE BANK USA, N.A.,
6   formerly known as CHASE MANHATTAN BANK USA,
    N.A. and erroneously sued herein as CHASE BANK
7

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12  MOHAMED ABOUELHASSAN,              CASE NO. C 07 03951 PVT

13              Plaintiff,

14       v.                           **PROOF OF SERVICE**

15  CHASE BANK, EXPERIAN, EQUIFAX
    CREDIT INFORMATION SERVICES, INC.,
16  TRANSUNION, DOE 1, aka "B-Line,"
    inclusive,

17              Defendants.

18

19       I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000,

20  San Francisco, CA 94105. I am employed in the County of San Francisco where this service

21  occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar

22  with my employer's normal business practice for collection and processing of correspondence for

23  mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with

24  the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

25  On the date set forth below, following ordinary business practice, I served a true copy of the

26  foregoing document(s) described as:

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

C:\Documents and Settings\wk1\My
Documents\Abouelhassan - Proof of Service.doc

- 1 -

- Defendant Chase Bank USA, N.A.'s Opposition to Plaintiff's Motion to Amend the Complaint

- Defendant Chase Bank USA, N.A.'s Opposition to Plaintiff's Motion for Sanctions

- Declaration of Charles D. Brown in Support of Defendant Chase Bank USA, N.A.'s Opposition to Plaintiff's Motion for Sanctions

☐  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.[1]

☐  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

*Plaintiff In Pro Per*
Mohamed Abouelhassan
805 Borden Rae Ct.
San Jose, CA  95117
Tel: (510) 501-1800
Fax: (408) 615-1818

☒  *(Federal)*  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 5, 2007, at San Francisco, California.

/s/
Wendy Krog

---

[1] The attorneys for Defendants Experian, TransUnion, and Equifax Credit Information Services, Inc. are served electronically via the ECF System for the District Court for the Northern District of California.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco