Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMED ABOUELHASSAN,

    Plaintiff,

v.

CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,

    Defendants.

CASE NO. C07-03951 JF

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available form the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as CHASE BANK

Dated: 10/16/07

By: /s/

Dabeer M. Roshanali, Esq.
Legal Counsel

| | |
|---|---|
| Dated: October 17, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/<br>GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER<br>Attorneys for Defendant<br>CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as CHASE BANK |

RC1/5018100.1/WKJ

- 2 -

ADR CERTIFICATION BY PARTIES AND COUNSEL