**E-filed 10/18/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN,

    Plaintiff,

    v.

CHASE BANK, et al.,

    Defendants.
_____

No. C-07-3951-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

In light of the recent ruling on Defendant's Motion to Dismiss, (Order Granting Motion to Dismiss with Leave to Amend, filed 10/12/07) the Court has taken the Motions currently scheduled for Friday, October 26, 2007 under submission and vacated the hearing date.

Dated: 10/18/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy