Brian J. Recor (State Bar No. 229091)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539
Email: brecor@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.
(erroneously sued as "Experian")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>  Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>[Proposed Order Filed Concurrently] |

LAI-2899659v1

1       Defendant Experian Information Solutions, Inc. ("Experian"), through its undersigned

2  counsel, and Plaintiff Mohamed Abouelhassan ("Plaintiff") hereby STIPULATE AS FOLLOWS:

3       WHEREAS, on or about June 27, 2007, Plaintiff filed a complaint against Experian in the

4  above-referenced action in the Superior Court of the State of California for the County of Santa

5  Clara ("Complaint");

6       WHEREAS, Plaintiff did not properly serve Experian with the Complaint;

7       WHEREAS, on August 1, 2007, the action was timely removed to the U.S. District Court

8  for the Northern District of California pursuant to 28 U.S.C. § 1441(a);

9       WHEREAS, on August 23, 2007, Plaintiff filed a Request for Entry of Default against

10  Experian;

11      WHEREAS, on August 27, 2007, Plaintiff filed an Amended Complaint and moved for

12  leave to amend the Complaint;

13      WHEREAS, on August 28, 2007, the clerk of the U.S. District Court for the Northern

14  District of California entered the default of Experian;

15      WHEREAS, on August 29, 2007, Experian filed a motion to set aside the default of

16  Experian, and such motion was to be heard on October 26, 2007;

17      WHEREAS, on October 12, 2007, the Court dimissed Plaintiff's Amended Complaint

18  with leave to amend;

19      WHEREAS, Plaintiff intends to file a Second Amended Complaint pursuant to the

20  Court's October 12, 2007 order dimissing the Amended Complaint with leave to amend;

21      WHEREAS, on October 18, 2007, the clerk of the U.S. District Court for the Northern

22  District of California vacated the October 26, 2007 hearing date on Experian's motion to set aside

23  the default and took the motion under submission;

24      WHEREAS, if the Court approves this stipulation setting aside default, Experian's motion

25  to set aside the default is moot;

26  //

27  //

28  //

LAI-2899659v1                               2

1 | NOW, THEREFORE, Plaintiff and Experian HEREBY STIPULATE AND AGREE:

2 | 1. The default against Experian on August 28, 2007 should be set aside. Accordingly,
3 | Plaintiff and Experian jointly request that the Court enter an order setting aside the default.

4 | 2. Experian will respond to Plaintiff's Second Amended Complaint within 20 days after
5 | service of Plaintiff's Second Amended Complaint on Experian.

6 | **SO STIPULATED AND AGREED:**

7 |

8 | Dated: October 19, 2007

JONES DAY

By: /s/ Brian J. Recor
    Brian J. Recor

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: October 19, 2007

By: /s/ Mohamed Abouelhassan
    Mohamed Abouelhassan

Pro Se Plantiff

LAI-2899659v1

3