# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>[~~PROPOSED~~] ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

The default entered on August 28, 2007 against defendant Experian Information Solutions, Inc. ("Experian") is set aside. Experian shall respond to Plaintiff's Second Amended Complaint within 20 days after service of Plaintiff's Second Amended Complaint on Experian..

**IT IS SO ORDERED.**

Dated: 10/24    , 2007

By: _____
United States District Judge
Jeremy Fogel

LAI-2899670v1