THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

STEPHANIE D. COPE [Pro Hac Vice]
Georgia Bar No: 214378
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. TRANS UNION, DOE 1, AKA "B-LINE,", inclusive,<br><br>Defendants. | Case No: CV-07-03951 JF<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY** |

**TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

Defendant EQUIFAX INFORMATION SERVICES LLC respectfully requests that it be permitted to appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007, at 10:30 a.m.

Defendant EQUIFAX'S lead counsel of record has her office in Atlanta, Georgia. Significant travel cost and related expense would be incurred in order to appear in person at the Initial Case Management Conference. It is submitted that good cause exists to allow EQUIFAX'S counsel to appear telephonically.

          Respectfully submitted,

          KING & SPALDING LLP

Dated: October 29, 2007

          /s/ Stephanie D. Cope
          STEPHANIE D. COPE

          THOMAS P. QUINN, JR.
          NOKES & QUINN

          Attorneys for Defendant EQUIFAX
          INFORMATION SERVICES LLC.

THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

STEPHANIE D. COPE [Pro Hac Vice]
Georgia Bar No: 214378
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. TRANS UNION, DOE 1, AKA "B-LINE,", inclusive,<br><br>    Defendants. | Case No: CV-07-03951 JF<br><br>**DECLARATION OF STEPHANIE D. COPE** |

**DECLARATION OF STEPHANIE D. COPE**

I, Stephanie D. Cope, hereby declare as follows:

1. I am an attorney at law duly admitted *pro hac vice* in this matter and an attorney with the law firm of King & Spalding, national counsel for Defendant EQUIFAX INFORMATION SERVICES LLC herein. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto. As to those matters stated herein on information and belief, I am informed and believe the same are true and upon that basis declare them to be true.

2. My law office is located in Atlanta, Georgia. In order for me to attend the Initial Case Management Conference on November 9, 2007, it would be necessary for me to incur the costs of lodging and airfare as well as numerous hours of attorney time. The alternative of a telephonic participation in the hearing would be far more economic.

3. I can be reached at (404) 215-5908.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of October, 2007, at Atlanta, Georgia.

/s/ Stephanie D. Cope
STEPHANIE D. COPE

1  THOMAS P. QUINN, JR. (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  STEPHANIE D. COPE [Pro Hac Vice]
   Georgia Bar No: 214378
6  KING & SPALDING LLP
   1180 Peachtree Street, N.E.
7  Atlanta, GA 30309
8  Tel: (404) 572-4600
   Fax: (404) 572-5100
9  Email: scope@KSLAW.com

10 Attorneys for Defendant EQUIFAX, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                               **SAN JOSE DIVISION**

15 | MOHAMED ABOUELHASSAN, | ) Case No: CV-07- 03951 JF |
|---|---|
16 | | ) |
   | Plaintiff, | ) |
17 | | ) |
18 | vs. | ) |
   | | ) |
19 | CHASE BANK, EXPERIAN, EQUIFAX | ) **[PROPOSED] ORDER ON EQUIFAX'S** |
   | CREDIT INFORMATION SERVICES, INC. | ) **REQUEST TO APPEAR** |
20 | TRANS UNION, DOE 1, AKA "B-LINE,", | ) **TELEPHONICALLY** |
   | inclusive, | ) |
21 | | ) |
22 | Defendants. | ) |

- 5 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
CV-07-03951 JF

The request of Defendant EQUIFAX INFORMATION SERVICES LLC to appear telephonically through its counsel of record at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant EQUIFAX INFORMATION SERVICES LLC may appear telephonically through its counsel at the hearing on November 9, 2007 at 10:30 a.m.

EQUIFAX'S legal counsel, Stephanie D. Cope may be reached at (404) 215-5908.

DATED:

_____
THE HONORABLE JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

STATE OF GEORGIA  )
                 ) ss.
COUNTY OF FULTON )

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 years and not a party to the within action; my business address is 1180 Peachtree Street, Atlanta, Georgia 30309.

On October 29, 2007, I served the foregoing document described as

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY**

on the interested parties in this action:

[X]  BY MAIL: I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above-referenced correspondence was placed for deposit at Atlanta, Georgia, and placed for collection and mailing following ordinary business practice and sent to all parties as listed below:

**Mohamed Abouelhassan**
805 Borden Rae Court
San Jose, CA 95117

[ ]  BY PERSONAL SERVICE: On this date I caused a copy of the above-referenced document to be delivered by hand to each of the parties listed above.

[ ]  BY FACSIMILE at the following number: (404) 572-4600 to the facsimile numbers of each of the parties listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

[X]  BY ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet,

**George Geoffrey Weickhardt**
Ropers Majeski Kohn & Bentley
201 Spear Street
Suite 1000
San Francisco, CA 94105

**Brian James Recor**
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive

- 7 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
CV-07-03951 JF

|   |   |
|---|---|
| 1 | Suite 1200 |
| 2 | Costa Mesa, CA 92626 |
| 3 | **Linh Kiet Tran** |
|   | B-Line, LLC |
|   | 2101 Fourth Avenue, Suite 900 |
| 4 | Seattle, WA 98121 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2007, at Atlanta, Georgia.

/s/ Termica Lewis<br>
TERMICA LEWIS

- 8 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY
CV-07-03951 JF