**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN, <br><br> Plaintiff, <br><br> vs. <br><br> CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive, <br><br> Defendants. | Case No. 5:07-cv-03951-JF <br><br> [Assigned to The Honorable Jeremy Fogel] <br><br> Complaint Filed: June 27, 2007 <br><br> **DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:      November 9, 2007 <br> Time:      10:30 a.m. <br> Courtroom: 3 |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:**

Trans Union LLC ("Trans Union), by its undersigned counsel, and seeks leave of Court for its representative to telephonically attend the Initial Case Management Conference currently set for November 9, 2007 at 10:30 a.m.

Good cause exists to grant this request because Trans Union's counsel would be required to travel from Costa Mesa to San Jose, and Trans Union will incur significant travel costs and attorney's fees. Trans Union believes the objectives of the case management conference will be accomplished if Trans Union appears by

557834.1

1  telephone. See Declaration of Donald E. Bradley, filed herewith.

2

3  DATED: October 30, 2007         MUSICK, PEELER & GARRETT LLP

4

5                                  By: _____
                                       Donald E. Bradley
6                                      Attorneys for Trans Union LLC
                                       (Erroneously sued as TRANSUNION)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 30, 2007, I served the foregoing document(s) described as **DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

Executed on October 30, 2007, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Karen S. Reisner

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

557834.1

3

**DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY**

## SERVICE LIST

| | |
|---|---|
| Mohamed Abouelhassan<br>805 Borden Rae Court<br>San Jose, CA 95117<br>Phone: 510-501-1800<br>Fax: 408-615-1818<br>alslanguage@gmail.com | George Geoffrey Weickhardt<br>Pamela Jeanne Zanger<br>Ropers, Majeski, Kohn & Bentley PC<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Phone: 415-543-4800<br>Fax: 415-972-6301<br>gweickhardt@ropers.com<br>pzanger@ropers.com |
| Thomas P. Quinn, Jr.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Phone: 949-376-3070<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com | Brian James Recor<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Phone: 949-851-3939<br>Fax: 949-553-7539 |
| Stephanie Cope<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Phone: 404-215-5908<br>Fax: 404-572-5100<br>scope@kslaw.com | Linh Kiet Trans<br>B-Line, LLC<br>2101 Fourth Ave, Suite 900<br>Seattle, WA 98121<br>Phone: 206-239-1952<br>Fax: 206-239-1958<br>linh.tran@blinellc.com |

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

557834.1

4
**DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY**