1 | **MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
2 | 650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2400
3 | FACSIMILE 714-668-2490

4 | Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

5 | Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11

| | |
|---|---|
| MOHAMED ABOUELHASSAN, | Case No. 5:07-cv-03951-JF |
| Plaintiff, | [Assigned to The Honorable Jeremy Fogel] |
| vs. | Complaint Filed: June 27, 2007 |
| CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive, | **DECLARATION OF DONALD E. BRADLEY IN SUPPORT OF DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| Defendants. | Date:        November 9, 2007<br>Time:        10:30 a.m.<br>Courtroom:    3 |

21 | I, DONALD E. BRADLEY, declare:

22 |     1.    I am an attorney licensed to practice in the State of California, and in the

23 | Northern District of California. I am a partner in Musick, Peeler & Garrett LLP,

24 | counsel of record for Defendant Trans Union LLC.

25 |     2.    I am lead trial counsel for Defendant Trans Union LLC in this case. I

26 | have personal knowledge of the facts stated herein.

27 |     3.    My office is located in the City of Costa Mesa, California. Thus, an in-

28 | person appearance at the case management conference would require significant

557843.1

1 | travel time and expense and would be unduly burdensome on Trans Union,
2 | particularly given the preliminary stage of the proceedings.

3 |     4.    I am informed and believe that the goals of the Case Management
4 | Conference can be accomplished with my telephonic attendance.

5 |     I declare under penalty of perjury under the laws of the State of California that the foregoing
6 | is true and correct, and that this Declaration was executed on this 30th day of October, 2007, at
7 | Costa Mesa, California.

Donald E. Bradley
Declarant

1

**CERTIFICATE OF SERVICE**

2

STATE OF CALIFORNIA
COUNTY OF ORANGE

3

4          I am employed in the County of Orange, State of California.  I am over the age of 18 and not
a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200,
Costa Mesa, California 92626-1925.

5

6          On October 30, 2007, I served the foregoing document(s) described as **DECLARATION
OF DONALD E. BRADLEY IN SUPPORT OF DEFENDANT TRANS UNION
LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

7

8          **See Attached List**

9    ☐    **BY PERSONAL DELIVERY.**  I delivered such envelope by hand to the offices of the
addressee.

10

11   ☐    **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed in the
U.S. Mail at Costa Mesa, California.  I am "readily familiar" with the firm's practice of
collection and processing correspondence for mailing.  Under that practice, it would be
deposited with the U.S. postal service on that same day with postage thereon fully prepaid at
Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the
party served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing in affidavit.

12

13

14   ☐    **BY FACSIMILE TRANSMISSION.**  I caused such document to be transmitted to the
addressee(s) facsimile number(s) noted herein.  I caused the machine to print a transmission
record of the transmission.  No errors were reported.

15

16   ☐    **BY FEDERAL EXPRESS.**  I caused such envelope to the deposited at the Federal Express
office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges
prepaid.  I am "readily familiar" with the firm's practice of collection and processing
correspondence for delivery by Federal Express delivery service.  Under that practice, it
would be deposited with the delivery service on that same day with delivery charges thereon
fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the
addressee.

17

18

19

20   ☒    **BY ECF.**  I caused such documents to be e-filed with the Court which were then served via
the ECF filing system.

21

22        Executed on October 30, 2007, at Costa Mesa, California.

23   ☒    **(Federal)**      I declare that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.  I declare under penalty of
perjury under the laws of the United States of America that the foregoing
is true and correct.

24

25

26                                        _Karen S. Reisner_

Karen S. Reisner

27

28

1                                   **SERVICE LIST**

2  Mohamed Abouelhassan                    George Geoffrey Weickhardt
   805 Borden Rae Court                    Pamela Jeanne Zanger
3  San Jose, CA 95117                      Ropers, Majeski, Kohn & Bentley PC
   Phone:  510-501-1800                    201 Spear Street, Suite 1000
4  Fax:  408-615-1818                      San Francisco, CA 94105
   alslanguage@gmail.com                   Phone:  415-543-4800
5                                          Fax:  415-972-6301
                                           gweickhardt@ropers.com
6                                          pzanger@ropers.com

7  Thomas P. Quinn, Jr.                    Brian James Recor
   Nokes & Quinn                           Jones Day
8  450 Ocean Avenue                        3 Park Plaza, Suite 1100
   Laguna Beach, CA 92651                  Irvine, CA 92614
9  Phone:  949-376-3070                    Phone:  949-851-3939
   Fax: 949-376-3070                       Fax:  949-553-7539
10 yhoman@nokesquinn.com

11
   Stephanie Cope                          Linh Kiet Trans
12 King & Spalding LLP                     B-Line, LLC
   1180 Peachtree Street, N.E.             2101 Fourth Ave, Suite 900
13 Atlanta, GA 30309                       Seattle, WA 98121
   Phone:  404-215-5908                    Phone:  206-239-1952
14 Fax:  404-572-5100                      Fax:  206-239-1958
   scope@kslaw.com                         linh.tran@blinellc.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

557843.1                                        4
                          **DECLARATION OF DONALD E. BRADLEY**