Brian J. Recor (State Bar No. 229091)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA  92614
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539
Email: brecor@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
(erroneously sued as Experian)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>             Plaintiff,<br><br>     v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>             Defendants. | CASE NO.  5:07-cv-03951-JF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:          November 9, 2007<br>Time:         10:30 a.m.<br>Courtroom:   3 |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:**

Experian Information Solutions, Inc. ("Experian"), erroneously sued as Experian, by its undersigned counsel, hereby seeks leave of Court for its counsel to telephonically attend the Initial Case Management Conference currently set for November 9, 2007 at 10:30 a.m.

//

//

//

//

//

LAI-2912329v1

1  Good cause exists to grant this request because Experian's counsel would be required to
2  travel from Orange County to San Jose, and Experian will incur significant travel costs and
3  attorney's fees.  Experian believes the objectives of the case management conference will be
4  accomplished if Experian appears by telephone.  *See* Declaration of Brian J. Recor, filed
5  herewith.

Dated:  October 31, 2007

JONES DAY

By: /s/ Brian J. Recor
    Brian J. Recor

Counsel for Defendant
EXPERIAN INFO. SOLUTIONS, INC.
.

**CERTIFICATE OF SERVICE**

I, Brian J. Recor, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On October 31, 2007, I served a copy of the within document(s) on all counsel of record using the Court's ECF system pursuant to General Order No. 45:

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 31, 2007, at Irvine, California.

/s/ Brian J. Recor

LAI-2912329v1