1  Brian J. Recor (State Bar No. 229091)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA 92614
3  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
4  Email: brecor@jonesday.com

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6  (erroneously sued as "Experian")

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN JOSE DIVISION**

11

12  MOHAMED ABOUELHASSAN,              CASE NO. 5:07-cv-03951-JF

13                Plaintiff,

14        v.                           **DECLARATION OF BRIAN J. RECOR IN
                                       SUPPORT OF DEFENDANT EXPERIAN
15  CHASE BANK, EXPERIAN, EQUIFAX      INFORMATION SOLUTIONS, INC.'S
    CREDIT INFORMATION SERVICES,       REQUEST TO APPEAR TELEPHONICALLY
16  INC. and DOE 1 aka "B-Line," inclusive,   AT CASE MANAGEMENT CONFERENCE

17                Defendants.          Date:        November 9, 2007
                                       Time:        10:30 a.m.
18                                     Courtroom:   3

19  I, Brian Recor, state the following:

20        1.      I am an attorney licensed to practice law in the State of California and admitted

21  before the U.S. District Court for the Northern District of California.  I am an associate attorney

22  in the Irvine, California office of the law firm Jones Day, counsel for Defendant Experian

23  Information Solutions, Inc. ("Experian") in this action.  The facts stated in this Declaration are

24  based on my personal knowledge and, if called upon to do so, I could and would competently

25  testify thereto.

26        2.      I am lead trial counsel for Experian in this case.  I have personal knowledge of the

27  facts stated herein.

28

3.      My office is located in Irvine, Orange County, California.  Thus, an in-person appearance at the case management conference would require significant travel time and expense and would be unduly burdensome on Experian, particularly given the preliminary state of the proceedings.

4.      I am informed and believe that the goals of the Case Management Conference can be accomplished with my telephonic attendance.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 31, 2007, at Irvine, California.

/s/ Brian J. Recor