# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>    Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>**[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 9, 2007<br>Time:  10:30 a.m.<br>Courtroom: 3 |

The request of Defendant Experian Information Solutions, Inc. for its counsel to appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS SO ORDERED** that Defendant Experian Information Solutions, Inc., may appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m.

Dated:   , 2007       By: _____

                       United States District Judge

LAI-2912368v1