**E-filed 11/1/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. and DOE 1 aka "B-Line," inclusive,<br><br>    Defendants. | CASE NO. 5:07-cv-03951-JF<br><br>[~~PROPOSED~~] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:         November 9, 2007<br>Time:        10:30 a.m.<br>Courtroom:    3 |

The request of Defendant Experian Information Solutions, Inc. for its counsel to appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS SO ORDERED** that Defendant Experian Information Solutions, Inc., may appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m. The parties are directed to call Court Call to arrange appearance at 866-582-6878.

Dated:  11/1   , 2007          By: _____
                                    United States District Judge
                                    Jeremy Fogel

LAI-2912368v1