**E-filed 11/5/07**

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN,<br>EQUIFAX CREDIT INFORMATION<br>SERVICES, INC., TRANSUNION,<br>DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | Case No. 5:07-cv-03951-JF<br><br>[Assigned to The Honorable Jeremy Fogel]<br><br>Complaint Filed: June 27, 2007<br><br>[PROPOSED] ORDER ON TRANS<br>UNION'S REQUEST TO APPEAR<br>TELEPHONICALLY AT CASE<br>MANAGEMENT CONFERENCE<br><br>Date:        November 9, 2007<br>Time:        10:30 a.m.<br>Courtroom:  3 |

The request of Defendant Tans Union LLC for its counsel to appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m. has been duly considered by the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Trans Union LLC may appear telephonically at the Initial Case Management Conference scheduled for November 9, 2007 at 10:30 a.m.

DATED:   11/2/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

557836.1

[PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 30, 2007, I served the foregoing document(s) described as **[PROPOSED] ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

Executed on October 30, 2007, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Karen S. Reisner

1

**SERVICE LIST**

2
3
4
5
6

Mohamed Abouelhassan
805 Borden Rae Court
San Jose, CA 95117
Phone: 510-501-1800
Fax: 408-615-1818
alslanguage@gmail.com

George Geoffrey Weickhardt
Pamela Jeanne Zanger
Ropers, Majeski, Kohn & Bentley PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
Phone: 415-543-4800
Fax: 415-972-6301
gweickhardt@ropers.com
pzanger@ropers.com

7
8
9
10

Thomas P. Quinn, Jr.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651
Phone: 949-376-3070
Fax: 949-376-3070
yhoman@nokesquinn.com

Brian James Recor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614
Phone: 949-851-3939
Fax: 949-553-7539

11
12
13
14
15

Stephanie Cope
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: 404-215-5908
Fax: 404-572-5100
scope@kslaw.com

Linh Kiet Trans
B-Line, LLC
2101 Fourth Ave, Suite 900
Seattle, WA 98121
Phone: 206-239-1952
Fax: 206-239-1958
linh.tran@blinellc.com

16
17
18
19
20
21
22
23
24
25
26
27
28