Linh K. Tran, CA Bar No. 224662
2101 Fourth Avenue, Suite 900
Seattle, WA 98121
Telephone: 206-239-1952
Facsimile: 206-239-1958

Attorney for Defendant, B-LINE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | Case No. 5:07-cv-03951-JF<br><br>JOINT STIPULATION TO DISMISS COMPLAINT AGAINST B-LINE, LLC<br><br>[Proposed Order Filed Concurrently] |

Defendant, B-Line, LLC ("B-Line), through its undersigned counsel and Plaintiff Mohamed Abouelhassan ("Plaintiff") hereby STIPULATE AND AGREE:

JOINT STIPULATION TO DISMISS COMPLAINT AGAINST B-LINE, LLC – Page 1

lnh ef030204

1. Chase Bank USA, N.A. ("Chase") did not assign or transfer any of Plaintiff's Chase accounts to B-Line.

2. B-Line and Chase recently confirmed with Plaintiff that B-Line did not purchase any of Plaintiff's Chase accounts.

3. B-Line has not alleged any counterclaims against Plaintiff nor has any third party pled any cross-claims against B-Line.

4. Plaintiff dismisses the Complaint in its entirety against B-Line, with prejudice.

5. Each of the undersigned parties agrees that each party shall bear its own costs and attorney's fees associated with this dispute.

DATED this 7th day of November, 2007.

B-LINE, LLC

By /s/ LINH K. TRAN
LINH K. TRAN
Attorney for Defendant

DATED this 07th day of November, 2007.

By /s/ Mohamed Abouelhassan
Mohamed Abouelhassan
Pro Se Plaintiff

JOINT STIPULATION TO DISMISS COMPLAINT AGAINST B-LINE, LLC – Page 2