# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | Case No. 5:07-cv-03951-JF<br><br>ORDER DISMISSING COMPLAINT AGAINST B-LINE, LLC |

The Complaint is dismissed in its entirety as against B-Line, LLC, with prejudice. B-Line, LLC is dismissed as a party to the above entitled case. **IT IS SO ORDERED.**

DATED:              .2007.

By _____
United States District Judge
Jeremy Fogel

Linh ef030204