UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 9, 2007
**Case Number:** CV-07-3951-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE: MOHAMED ABOUELHASSAN V. CHASE BANK, ET AL

PLAINTIFF                                   DEFENDANT

Attorneys Present: Mohamed Abouelhassan, Pro se    Attorneys Present: Pamela Zanger for Chase, Brian Recor for Experian, Stephanie Cope for Equifax, and Donald Bradley for Transunion

PROCEEDINGS:

Case management conference held. Parties are present. The case is referred to Early Neutral Evaluation. Continued to 12/21/07 at 10:30 a.m. for further case management conference. Plaintiff shall file a 1st Amended Complaint by 11/26/07.