ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 15, 2007

Mohamed Abouelhassan
805 Borden Rae Court
San Jose, CA 95117
510-501-1800

Pamela Jeanne Zanger
Ropers, Majeski, Kohn & Bentley
201 Spear Street
Suite 1000
San Francisco, CA 94105
415-543-4800

Stephanie D. Cope
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
404-215-5908

Brian James Recor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614
949-851-3939

Thomas P. Quinn
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651
949-376-3055

Donald E. Bradley
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
714-668-2400

Re:   Abouelhassan v. Chase Bank
      Case No. C 07-03951 JF ENE

Dear Mr. Abouelhassan and Counsel:

   We have received notification from Honorable Jeremy Fogel that the referenced case was referred to ENE on November 9, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Monday, November 26, 2007 at 10:00 a.m.** This office will initiate the call. If you are not available at this time, please contact the other participants and provide me with three (3) alternative times you are all available during that same week.

Abouelhassan v. Chase Bank
Case No. C 07-03951 JF ENE
November 15, 2007
Page Two
_____

Thank you for your attention to this matter.

    Sincerely,

    Claudia M. Forehand
    ADR Case Administrator

/cmf