1  Brian J. Recor (State Bar No. 229091)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA 92614
3  Telephone:   (949) 851-3939
   Facsimile:   (949) 553-7539
4  Email: brecor@jonesday.com

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6  (erroneously sued as "Experian")

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

12  MOHAMED ABOUELHASSAN,           CASE NO. 5:07-cv-03951-JF
13
                Plaintiff,           **NOTICE OF CHANGE OF COUNSEL OF
14                                   RECORD**
       v.
15
    CHASE BANK, EXPERIAN, EQUIFAX
16  CREDIT INFORMATION SERVICES,
    INC. and DOE 1 aka "B-Line," inclusive,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

LAI-2915965v1                                          NOTICE OF CHANGE OF COUNSEL
                                                              5:07-cv-03951-JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc.'s ("Experian") counsel in this action has changed, and is no longer Brian J. Recor of JONES DAY in Irvine, CA. Counsel for Defendant is now:

> **David L. Wallach, Esq.**
> **JONES DAY**
> **555 California Street, 26th Floor**
> **San Francisco, CA 94104**
> **Tel: 415.875.5827**
> **Fax: 415.875.5700**
> **E-mail: dwallach@jonesday.com.**

Please address all future correspondence in this action to Mr. Wallach, instead of Mr. Recor.

Dated: November 16, 2007              JONES DAY

                                      By: /s/ Brian Recor
                                          Brian J. Recor

                                      Attorneys for Defendant Experian Information Solutions, Inc.

LAI-2915965v1

NOTICE OF CHANGE OF COUNSEL
5:07-cv-03951-JF

2

**CERTIFICATE OF SERVICE**

I, Brian J. Recor, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On November 16, 2007, I served a copy of the within document(s) on all counsel of record using the Court's ECF system pursuant to General Order No. 45:

**NOTICE OF CHANGE OF COUNSEL OF RECORD**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 16, 2007, at Irvine, California.

/s/ Brian J. Recor