Plaintiff MOHAMED ABOUELHASSAN, PRO SE

Address: 805 BORDEN RAE CT, SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

FILED

2007 NOV 26 P 3: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN<br>In PRO SE<br>*Plaintiff,*<br><br>v.<br><br>CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION.<br><br>*Defendants.* | Case No. 5:07-CV-03951 JF<br><br>DECLARATION OF YELENA ISAYEVA IN SUPPORT OF PLAINTIFF CLAIMS IN CONTACTING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION ON MARCH 19, 2007 |

I, Yelena Isayeva, state the following:

I am Plaintiff's Mohamed Abouelhassan wife. Plaintiff and I are living together in 805 Borden Rae Ct., San Jose, CA 95117 since 01/11/2007.

The facts stated in this Declaration are based on my personal knowledge and, if called upon to do so, I could and would competently testify thereto.

I make this Declaration in support of Plaintiff's claim of contacting the 3 credit agencies; EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, on or about March 19, 2007 to dispute the Chase Bank credit card inaccurate information.

The representatives of the above mentioned credit agencies informed plaintiff that if wants to delete these information he has to bring a letter from the creditor to them stating that this information is inaccurate.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2007, at San Jose, California.

Dated: **NOVEMBER 26, 2007**

**Respectfully submitted,**

_____
YELENA ISAYEVA