Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

FILED

2007 NOV 28  P 3: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE
    *Plaintiff,*

v.

CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC.

    *Defendants.*

Case No. 5:07-CV-03951 JF

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am a privet sector employee within the County of Santa Clara where this mailing occurred. On November 27, 2007, I served a true copy of the following document(s):

Amended Complaint and declaration of Yelena Isayeva

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X___ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

PROOF OF SERVICE Case No. 5:07-CV-03951 JF
- 1

1     ____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
2 addressee(s) designated.

3     ____**BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
4 the addressee(s) designated.

5 (SEE ATTACHED SERVICE LIST)

6     ____ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
7 the addressee(s) designated.

8

| | |
|---|---|
| For CHASE BANK USA, N.A.<br>George G. Weickhardt<br>Pamela Zanger<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Ph: 415-543-4800<br>Fax: 415-972-6301<br>Email: gweickhardt@ropers.com | For TRANS UNION LLC<br>Donald Bradley,<br>650 Town Center Drive, Suite 1200,<br>Costa Mesa, CA, 92626-1925<br>Ph: 714-668-2447<br>Fax: 714-6682490<br>Email: d.bradley@mpglaw.com |
| For EQUIFAX INFORMATION SERVICES LLC<br>Stephanie Cope,<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Ph: 404-572-4600<br>Fax: 404-572-5100 | For EXPERIAN INFORMATION SOLUTIONS, INC.<br>David L. Wallach, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: 1.415.875.5827<br>Fax: 1.415.875.5700<br>E-mail: dwallach@jonesday.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2007, at San Jose, California.

*Ellia Isayeva* (signature)
Ellia Isayeva

**PROOF OF SERVICE** Case No. 5:07-CV-03951 JF
- 2