GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: pzanger@rmkb.com

Attorneys for Defendant CHASE BANK USA, N.A.,
formerly known as CHASE MANHATTAN BANK USA,
N.A. and erroneously sued herein as CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C 07-03951 JF<br><br>**NOTICE OF APPEARANCE VIA COURTCALL**<br><br>Date: December 21, 2007<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Hon. Jeremy Fogel |

Defendant Chase Bank USA, N.A., hereby gives notice that it will attend the December 21, 2007 Case Management Conference via CourtCall.

Dated: December 12, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A

RC1/5040921.1/WK1                - 1 -                NOTICE OF ATTENDANCE VIA COURTCALL