**E-Filed 12/12/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1 aka "B-Line," inclusive,<br><br>　　　　Defendants. | Case Number C 07-03951<br><br>ORDER[1] DENYING PLAINTIFF'S MOTION FOR SANCTIONS<br><br>[re: docket no. 29] |

　　Mohamed Abouelhassan ("Plaintiff") seeks sanctions pursuant to Civil Local Rule 16-2(b) and Civil Local Rule 4-2 against Chase Bank, USA N.A. ("Defendant") and its attorneys of record, George G. Weickhardt and Pamela J. Zanger, claiming that he was not served with certain documents at the time the instant case was removed from the Santa Clara Superior Court. Local Rule 16-2(b) requires that, in cases removed from state court, "[t]he removing party must serve the other parties in the case with a copy of the Order and the supplementary materials specified Civil L.R. 4-2." Local Rule 4-2 states that a party subject to Local Rule 16-2(a)(b) or

---

[1] This disposition is not designated for publication and may not be cited.

(c) must serve the following materials along with the complaint:

    (1) A copy of the Order Setting Initial Case Management Conference and ADR deadlines issued pursuant to Civil L.R.(a), (b) or (c);
    (b) Any pertinent Standing Orders of the assigned Judge;
    (c) A copy of the assigned judge's order and instructions for the preparation of a Case Management Statement or, if none, the Court's form found in Appendix A pursuant to Civil L.R. 16-10; and
    (D) Except in cases assigned at the time of filing to a Magistrate Judge, a copy of the form allowing a party to consent to assignment of the case to a Magistrate Judge.

Defendant's proof of service indicates that on August 7, 2007, each of the required documents was served on Plaintiff, and a proof of service was filed with this Court. Declaration of Charles Brown, Exhibit A. Accordingly, Plaintiff's motion for sanctions will be denied.

## IV.  ORDER

Good cause therefor appearing, IT IS HEREBY ORDERED that the motion for sanctions is DENIED.

DATED: December 12, 2007.

                                                  JEREMY FOGEL
                                                  United States District Judge

Case No. C 07-03951
ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS
(JFLC1)

This Order has been served upon the following persons:

George G. Weickhardt        gweickhardt@ropers.com

Mohamed Abouelhassan
805 Borden Rae Ct.
San Jose, CA
95117