THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070

STEPHANIE COPE, [Pro Hac Vice]
GA Bar No: 214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MOHAMED ABOUELHASSAN, PRO SE,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>    Defendants. | Case No: C07 03951 JF<br><br>**FIRST AMENDED ANSWER AND DEFENSES OF EQUIFAX INFORMATION SERVICES LLC TO FIRST AMENDED COMPLAINT** |

COMES NOW Defendant Equifax Information Services LLC [sued and served herein as EQUIFAX CREDIT INFORMATION SERVICES, INC.] ("Equifax"), through its undersigned counsel, and for its amended answer and defenses to Plaintiff's First Amended Complaint, states as follows.

- 1 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

1. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's First Amended Complaint and therefore denies the same.

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's First Amended Complaint.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's First Amended Complaint.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's First Amended Complaint.

## GENERAL ALLEGATIONS

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's First Amended Complaint.

6. Equifax denies the allegations contained in Paragraph 6 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 of Plaintiff's First Amended Complaint.

7. Equifax denies the allegations contained in Paragraph 7 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 of Plaintiff's First Amended Complaint.

## FIRST CAUSE OF ACTION

**(Libel Defamation and Professional Negligence-Against all Defendants)**

8. In response to Paragraph 8 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's First Amended Complaint.

10. Equifax denies the allegations contained in Paragraph 10 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 of Plaintiff's First Amended Complaint.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's First Amended Complaint.

12. Equifax denies the allegations contained in Paragraph 12 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 of Plaintiff's First Amended Complaint.

13. Equifax denies the allegations contained in Paragraph 13 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 of Plaintiff's First Amended Complaint.

14. Equifax denies the allegations contained in Paragraph 14 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14 of Plaintiff's First Amended Complaint.

15. Equifax denies the allegations contained in Paragraph 15 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15 of Plaintiff's First Amended Complaint.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of Plaintiff's First Amended Complaint.

17. Equifax denies the allegations contained in Paragraph 17 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17 of Plaintiff's First Amended Complaint.

18. Equifax denies the allegations contained in Paragraph 18 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's First Amended Complaint.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of Plaintiff's First Amended Complaint.

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's First Amended Complaint.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

21. Equifax denies the allegations contained in Paragraph 21 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's First Amended Complaint.

22. Equifax denies the allegations contained in Paragraph 22 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's First Amended Complaint.

23. Equifax denies the allegations contained in Paragraph 23 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's First Amended Complaint.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's First Amended Complaint.

25. Equifax denies the allegations contained in Paragraph 25 as they pertain to Equifax.

## SECOND CAUSE OF ACTION
### (Fair Debt Collections Practice Act)

26. In response to Paragraph 26 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's First Amended Complaint.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's First Amended Complaint.

## THIRD CAUSE OF ACTION
### (Title 11 Bankruptcy Code)

29. In response to Paragraph 29 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its responses and defenses as set forth above.

30. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's First Amended Complaint.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's First Amended Complaint.

## REQUEST FOR RELIEF

32. Equifax denies that Plaintiff is entitled to any of the relief set out in his prayer for relief, including each and every subpart.

## DEFENSES

33. Without assuming the burden of proof where it otherwise rests with the Plaintiff, Equifax pleads the following defenses to Plaintiff's First Amended Complaint:

## FIRST DEFENSE

34. Plaintiff's First Amended Complaint fails to state a claim against Equifax upon which relief can be granted.

## SECOND DEFENSE

35. Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## THIRD DEFENSE

36. Equifax Information Services LLC maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

## FOURTH DEFENSE

37. Equifax has complied with the provisions of the Fair Credit Reporting Act in its handling of Plaintiff's credit file, and is entitled to each and every defense afforded to it by that statute.

## FIFTH DEFENSE

38. Equifax asserts that some or all of Plaintiff's claims may be pre-empted by section 1681h(e) of the Fair Credit Reporting Act.

## SIXTH DEFENSE

39. Equifax has acted in good faith and without malice or intent to injure Plaintiff.

## SEVENTH DEFENSE

40. Plaintiff has not alleged any injury in fact.

- 5 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

### EIGHTH DEFENSE

41. Plaintiff has not suffered any damages.

### NINTH DEFENSE

42. Plaintiff's damages, if any, are caused by his own acts or omissions, or the acts or omissions of third parties other than Equifax.

### TENTH DEFENSE

43. Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C. §1681n.

### ELEVENTH DEFENSE

44. Plaintiff's First Amended Complaint seeks the imposition of punitive damages. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).

### TWELFTH DEFENSE

45. Plaintiff has failed to mitigate his damages.

### THIRTEENTH DEFENSE

46. Equifax reserves the right to plead additional defenses that it learns of through the course of discovery.

### FOURTEENTH DEFENSE

47. Equifax asserts that some or all of Plaintiff's claims are barred by qualified immunity.

WHEREFORE, having fully answered Plaintiff's First Amended Complaint, defendant Equifax Information Services LLC prays for judgment as follows:

(1) Plaintiff's First Amended Complaint be dismissed in its entirety and with prejudice, with costs taxed against plaintiff;

(2) That Equifax be dismissed as a party to this action;

- 6 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF

(3)   That Equifax recover from Plaintiff its expenses of litigation, including attorneys' fees; and

(4)   That Equifax recover such other and additional relief as the Court deems proper.

Respectfully submitted,

NOKES & QUINN

Dated: December 14, 2007

/S/
THOMAS P. QUINN, JR.

STEPHANIE COPE
KING & SPALDING

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 7 –

EQUIFAX'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT
Case No: C07 03951 JF