**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, Inc, TRANSUNION, DOE 1, aka "B-Line", inclusive,<br><br>Defendants. | Case No. 5:07-cv-03951-JF<br><br>[Assigned to The Honorable Jeremy Fogel]<br><br>Complaint Filed: June 27, 2007<br><br>**NOTICE OF APPEARANCE OF DEFENDANT TRANS UNION LLC AT CASE MANAGEMENT CONFERENCE VIA COURT CONFERENCE (COURTCALL)**<br><br>Date:       December 21, 2007<br>Time:      10:30 a.m.<br>Courtroom: 3 |

Defendant Trans Union LLC ("Trans Union") hereby gives notice that it will attend the December 21, 2007 Case Management Conference via Court Conference (CourtCall).

DATED: December 17, 2007     MUSICK, PEELER & GARRETT LLP

By: /s/ Donald E. Bradley
Donald E. Bradley
Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

564546.1

**NOTICE OF APPEARANCE OF DEFENDANT TRANS UNION LLC
AT CASE MANAGEMENT CONFERENCE VIA COURT CONFERENCE (COURTCALL)**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On December 17, 2007, I served the foregoing document(s) described as **NOTICE OF APPEARANCE OF DEFENDANT TRANS UNION LLC AT CASE MANAGEMENT CONFERENCE VIA COURT CONFERENCE (COURTCALL)** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. ***TO PRO SE PLAINTIFF ONLY.***

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

Executed on December 17, 2007, at Costa Mesa, California.

☒ (**Federal**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    /s/ Karen S. Reisner
Karen S. Reisner

## SERVICE LIST

| | |
|---|---|
| Mohamed Abouelhassan<br>805 Borden Rae Court<br>San Jose, CA 95117<br>Phone: 510-501-1800<br>Fax: 408-615-1818<br>alslanguage@gmail.com | George Geoffrey Weickhardt<br>Pamela Jeanne Zanger<br>Ropers, Majeski, Kohn & Bentley PC<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Phone: 415-543-4800<br>Fax: 415-972-6301<br>gweickhardt@ropers.com<br>pzanger@ropers.com |
| Thomas P. Quinn, Jr.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Phone: 949-376-3070<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com | Brian James Recor<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Phone: 949-851-3939<br>Fax: 949-553-7539<br>brecor@jonesday.com |
| Stephanie Cope<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Phone: 404-215-5908<br>Fax: 404-572-5100<br>scope@kslaw.com | Linh Kiet Trans<br>B-Line, LLC<br>2101 Fourth Ave, Suite 900<br>Seattle, WA 98121<br>Phone: 206-239-1952<br>Fax: 206-239-1958<br>linhtran@blinellc.com |