David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMED ABOUELHASSAN**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION.**<br><br>**Defendant.** | Case No. C-07-03951 JF<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    a. First American Real Estate Solutions, LLC

    b. Vehicle Title, LLC

      c.    Central Source LLC

      d.    Online Data Exchange LLC

      e.    New Management Services LLC

      f.    Vantage Score Solutions LLC

    3.    Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian.  Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: December 18, 2007                JONES DAY

By:   /S/ David L. Wallach
David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA  94105
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
dwallach@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

SFI-575765v1