THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

STEPHANIE D. COPE [Pro Hac Vice]
Georgia Bar No: 214378
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC. TRANS UNION, DOE 1, AKA "B-LINE,", inclusive,<br><br>Defendants. | Case No: CV-07-03951 JF<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF APPEARANCE AT CASE MANAGEMENT CONFERNCE VIA COURT CONFERENCE (COURTCALL)**<br><br>**Date: December 21, 2007**<br>**Time: 10:30 a.m.**<br>**Courtroom: 3** |

4765551

- 1 –

NOTICE OF TELEPHONIC APPEARANCE OF EQUIFAX
CV-07-03951 JF

1 | **TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

2 | Defendant EQUIFAX INFORMATION SERVICES LLC hereby gives notice that it will

3 | attend the December 21, 2007 Case Management Conference via Court Conference (CourtCall).

4 | Respectfully submitted,

5 | KING & SPALDING LLP

6 |

Dated:  December 20, 2007

7 | /s/ Stephanie D. Cope
STEPHANIE D. COPE

8 |

9 | THOMAS P. QUINN, JR.
NOKES & QUINN

10 |

11 | Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC.

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4765551

- 2 –

NOTICE OF TELEPHONIC APPEARANCE OF EQUIFAX
CV-07-03951 JF

**PROOF OF SERVICE**

STATE OF GEORGIA ) 
) ss. 
COUNTY OF FULTON )

I am employed in the County of Fulton, State of Georgia.  I am over the age of 18 years and not a party to the within action; my business address is 1180 Peachtree Street, Atlanta, Georgia 30309.

On December 20, 2007, I served the foregoing document described as

**NOTICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S APPEARANCE AT CASE MANAGEMENT CONFERENCE VIA COURT CONFERENCE (COURTCALL)**

on the interested parties in this action:

[X]   BY MAIL: I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, the above-referenced correspondence was placed for deposit at Atlanta, Georgia, and placed for collection and mailing following ordinary business practice and sent to all parties as listed below:

**Mohamed Abouelhassan**
805 Borden Rae Court
San Jose, CA 95117

[ ]   BY PERSONAL SERVICE:  On this date I caused a copy of the above-referenced document to be delivered by hand to each of the parties listed above.

[ ]   BY FACSIMILE at the following number:  (404) 572-4600 to the facsimile numbers of each of the parties listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

[X]   BY ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet,

**George Geoffrey Weickhardt**
Ropers Majeski Kohn & Bentley
201 Spear Street
Suite 1000
San Francisco, CA 94105

**Brian James Recor**
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive

4765551

- 3 –

NOTICE OF TELEPHONIC APPEARANCE OF EQUIFAX
CV-07-03951 JF

1  Suite 1200
   Costa Mesa, CA 92626
2
   **Linh Kiet Tran**
3  B-Line, LLC
   2101 Fourth Avenue, Suite 900
4  Seattle, WA 98121

5

6    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7

    Executed on December 20, 2007, at Atlanta, Georgia.

8

9

10                         /s/ Termica Lewis
                          TERMICA LEWIS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28