GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A.,
formerly known as CHASE MANHATTAN BANK USA,
N.A. and erroneously sued herein as CHASE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>Defendants. | CASE NO. C 07-03951 JF<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br>[F.R.C.P. 12(b)(6)]<br><br>Date: February 15, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Hon. Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on February 15, 2008, at the hour of 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel, located at the United States Federal Building, 280 South First Street San Jose, California 95113, Plaintiff Chase Bank USA, N.A. will move to dismiss plaintiff's first amended complaint, under Federal Rule of Civil Procedure 12(b)(6) on the ground that said pleading fails to allege facts sufficient to state a claim for relief.

Said motion will be based upon the Memorandum of Points and Authorities filed herewith.

RC1/5036062.1/PJZ

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT;
CASE NO. C 07-03951 JF.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ George G. Weickhardt |
| 4 | | GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER |
| 5 | | Attorneys for Defendant<br>CHASE BANK USA, N.A |

RC1/5036062.1/PJZ

- 1 -

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT;
CASE NO. C 07-03951 JF.