1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone: (415) 543-4800
4  Facsimile: (415) 972-6301
   Email: gweickhardt@ropers.com
5
   Attorneys for Defendant CHASE BANK USA, N.A.,
6  formerly known as CHASE MANHATTAN BANK USA,
   N.A. and erroneously sued herein as CHASE BANK
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  MOHAMED ABOUELHASSAN,                    CASE NO. C 07 03951 PVT

13              Plaintiff,                   **PROOF OF SERVICE**

14       v.

15  CHASE BANK, EXPERIAN, EQUIFAX
    CREDIT INFORMATION SERVICES, INC.,
16  TRANSUNION, DOE 1, aka "B-Line,"
    inclusive,
17
                Defendants.
18

19       I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000,

20  San Francisco, CA 94105. I am employed in the County of San Francisco where this service

21  occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar

22  with my employer's normal business practice for collection and processing of correspondence for

23  mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with

24  the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

25  On the date set forth below, following ordinary business practice, I served a true copy of the

26  foregoing document(s) described as:

27

28

RCI/5015607.1/WKI                        - 1 -

1  • **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT [F.R.C.P. 12(b)(6)]**

2  • **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [F.R.C.P. 12(b)(6)]**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

*Plaintiff In Pro Per*
Mohamed Abouelhassan
805 Borden Rae Ct.
San Jose, CA 95117
Tel: (510) 501-1800
Fax: (408) 615-1818
E-mail: alslanguage@gmail.com

*Attorney for Defendant Experian*
Brian James Recor, Esq.
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614
Tel: (949) 851-3939
Fax: (49) 553-7539
E-mail: brecor@jonesday.com

*Attorney for TransUnion*
Donald E. Bradley, Esq.
Musick, Peeler, & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: (714) 668-2400; Fax: (714) 668-2490
E-mail: d.bradley@mpglaw.com

*Attorneys for Defendant Equifax Credit Information Services, Inc.*
Thomas P. Quinn, Esq.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

*And*
Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
Email: SCope@KSLAW.com

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

RC1/5015607.1/WK1

- 2 -

1   Executed on December 20, 2007, at San Francisco, California.

3   /s/ Wendy Krog
    Wendy Krog