UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, December 21, 2007
**Case Number:** CV-07-3951-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:             MOHAMED ABOUELHASSAN V. CHASE BANK, ET AL

                   PLAINTIFF                              DEFENDANT

  Attorneys Present: Mohamed Abouelhassan, Pro se    Attorneys Present: Pamela Zanger for Chase,
                                                     Stephanie Cope for Equifax, Donald Bradley for TransUnion

PROCEEDINGS:
Further case management conference held.  Parties are present.  The case is referred to Magistrate Judge Trumbull for settlement conferenc, to occur prior to 2/15/08.  The Court vacates the reference to Early Neutral Evaluation.  Continued to 2/15/08 at 9:00 a.m. for hearing motion to dismiss.