1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

MOHAMED ABOUELHASSAN,

6
                Plaintiff(s),                    No. C 07-03951 JF

7
        v.                                       NOTICE OF SETTLEMENT
8                                                CONFERENCE AND SETTLEMENT
                                                 CONFERENCE ORDER
9    CHASE BANK, ET AL.,

10              Defendant(s).
                                            /
11

12        TO ALL PARTIES AND COUNSEL OF RECORD:

13        You are hereby notified that a Settlement Conference has been scheduled before

14   United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and

15   Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on

16   **MONDAY,  January 28,  2008 at 2:00 p.m.**, or as soon after as counsel may be heard.

17        **ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE**

18   **AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE.  ALL PARTIES ARE**

19   **REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE**

20   **WITH  MAGISTRATE  JUDGE  TRUMBULL'S  STANDING  ORDER  RE  SETTLEMENTS**

21   **FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

22        Any inquiries regarding the conference may be made by contacting the undersigned

23   Courtroom Deputy.

24   Dated:  1/15/08                          /s/ Corinne Lew

25                                           _____
                                             Corinne Lew, Courtroom Deputy to
26                                           Magistrate Judge Patricia V. Trumbull

27

28

Settle.Con.                                 1

1

2

Copies mailed on 1/15/08 to:

3

**Mohamed Abouelhassan**
805 Borden Rae Court
San Jose, CA 95117

4

5

/s/ Corinne Lew

_____

6

Corinne Lew
Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Settle.Con.                                    2