# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

Direct Number: (415) 875-5827
dwallach@jonesday.com

January 16, 2007

**VIA E-FILING AND FEDERAL EXPRESS**

Magistrate Judge Patricia V. Trumbull
United States District Court
280 South 1st St., Room 4200
San Jose, CA 95113

Re:  Request for Telephonic Appearance at Settlement
     *Abouelhassan v. Chase Bank*, Case No. 07-03951 JF

Dear Judge Trumbull:

I am counsel for defendant Experian Information Solutions, Inc. ("Experian") in *Abouelhassan*. Experian respectfully requests that it be allowed to appear telephonically at the settlement conference scheduled for January 28, 2008.

As national counsel for Experian, my law firm has attended many settlement conferences in which Experian's client representative has participated telephonically. It is our experience that telephonic participation does not prevent client representatives from actively participating in the settlement conference.

Experian is an Ohio corporation with its principal place of business in Costa Mesa, California. The Experian representatives with knowledge of this matter and full settlement authority reside and work in Southern California. In order to attend the settlement conference, Experian would be required to fly its representative from Southern California. Incurring these expenses would not aid the resolution of matter. Experian has seen no evidence of any alleged actual damages in this case and accordingly believes the amount in controversy to be very low.

**JONES DAY**

Magistrate Judge Patricia V. Trumbull
January 16, 2007
Page 2

      Please find a proposed order enclosed for your consideration.

                                         Very truly yours,

                                         /S/ David L. Wallach

                                         David L. Wallach

Enclosure

cc:    Counsel of Record (via electronic case filing)

SFI-577022v1