1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA 94105
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | **ERIC ROBERT DREW,** | **Case No. C07-03951 JF** |
13 | **Plaintiff,** | **[PROPOSED] ORDER PERMITTING EXPERIAN INFORMATION SOLUTIONS, INC. TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE** |
14 | **v.** | |
15 | **CHASE BANK, et at.,** | |
16 | **Defendants.** | |

17

18

19

20

21

22

23

24

25

26

27

28

1  Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and
2  good cause appearing,
3  **IT IS HEREBY ORDERED** that Experian's request to be excused from personal
4  attendance at the settlement conference is granted on the condition that a personal representative
5  of Experian be available to participate by telephone for the entirety of the conference.
6  **IT IS SO ORDERED**.

7
8  Dated: _____        _____
                                        The Honorable Patricia V. Trumbull
9                                       United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28