**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC
(Erroneously sued as TRANSUNION)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>　　　　Defendants. | Case No. 5:07-cv-03951-JF<br><br>[Assigned to The Hon. Jeremy Fogel]<br><br>Complaint Filed:  June 27, 2007<br><br>[~~PROPOSED~~] **ORDER ON TRANS UNION'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**<br><br>Date:　　　January 28, 2008<br>Time:　　　2:00 p.m.<br>Crtrm: 3 |

　　　　The request of Defendant Tans Union LLC for its client representative to appear telephonically at the Settlement Conference scheduled for January 28, 2008 at 2:00 p.m. has been duly considered by the Court and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED** that the client representative for Defendant Trans Union LLC may appear telephonically at the Settlement Conference scheduled for January 28, 2008, at 2:00 p.m.

DATED: 1/22/08

　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　THE HONORABLE JEREMY FOGEL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

568661.1