# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

Direct Number: (415) 875-5827
dwallach@jonesday.com

January 22, 2007

VIA E-FILING AND FEDERAL EXPRESS

Magistrate Judge Patricia V. Trumbull
United States District Court
280 South 1st St., Room 4200
San Jose, CA 95113

Re:   Amended Proposed Order Granting Request for Telephonic Appearance
at Settlement Conference
*Abouelhassan v. Chase Bank*, Case No. 07-03951 JF

Dear Judge Trumbull:

Defendant Experian Information Solutions, Inc. ("Experian") erroneously submitted the incorrect caption with its [Proposed] Order relating to its request to appear telephonically at the settlement conference on January 28, 2008. Filed herewith is an amended proposed order, with the correct caption.

Very truly yours,

/S/ David L. Wallach

David L. Wallach

Enclosure

cc:   Counsel of Record (via ECF System)

SFI-577022v1