1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California St., 26th fl.
3  San Francisco, CA  94104
   Telephone:    (415) 875-5827
4  Facsimile:    (650) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| **Mohamed Abouelhassan,** | **Case No. C07-03951 JF** |
|---|---|
| Plaintiff, | **AMENDED [PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| **Chase Bank, et al.,** | |
| Defendants. | |

Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing,

**IT IS HEREBY ORDERED** that Experian's request to be excused from personal attendance at the settlement conference is granted on the condition that a personal representative of Experian be available to participate by telephone for the entirety of the conference.

**IT IS SO ORDERED**.

Dated: _____

The Honorable Patricia V. Trumbull
United States Magistrate Judge

SFI-577244v1