1   David L. Wallach (State Bar No. 233432)
    dwallach@jonesday.com
2   JONES DAY
    555 California St., 26th fl.
3   San Francisco, CA  94104
    Telephone:    (415) 875-5827
4   Facsimile:    (650) 875-5700

5   Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   **Mohamed Abouelhassan,**                **Case No. C07-03951 JF**

13              **Plaintiff,**                  **AMENDED [PROPOSED] ORDER
                                                GRANTING DEFENDANT**
14         **v.**                               **EXPERIAN INFORMATION
                                                SOLUTIONS, INC.'S REQUEST TO**
15   **Chase Bank, et al.,**                    **APPEAR TELEPHONICALLY**

16              **Defendants.**

17

18

19

20

21

22

23

24

25

26

27

28

1      Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and

2  good cause appearing,

3      **IT IS HEREBY ORDERED** that Experian's request to be excused from personal

4  attendance at the settlement conference is granted on the condition that a personal representative

5  of Experian be available to participate by telephone for the entirety of the conference.

6      **IT IS SO ORDERED**.

7

8  Dated:  1/22/08

                                                      The Honorable Patricia V. Trumbull

9                                          United States Magistrate Judge

10  SFI-577244v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Permitting Telephonic Attendance
07-03951 SI