GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:    (415) 543-4800
Facsimile:     (415) 972-6301
Email:          gweickhardt@rmkb.com

Attorneys for Defendant CHASE BANK USA, N.A.,
formerly known as CHASE MANHATTAN BANK USA,
N.A. and erroneously sued herein as CHASE BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX<br>CREDIT INFORMATION SERVICES, INC.,<br>TRANSUNION, DOE 1, aka "B-Line,"<br>inclusive,<br><br>Defendants. | CASE NO. C 07 03951 PVT<br><br>**[PROPOSED] ORDER GRANTING<br>CHASE BANK USA, N.A.'S<br>PERMISSION TO APPEAR AT<br>SETTLEMENT CONFERENCE BY<br>TELEPHONE**<br><br>**Date:**     **January 28, 2008**<br>**Time:**     **2:00 p.m.** |

Good cause having been presented, the Court hereby grants defendant Chase Bank USA,

N.A. permission to appear at the settlement conference scheduled for January 28, 2008, at 2:00

p.m., by telephone.

Dated: _____    _____

HON. PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco