1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168356)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5
   Attorneys for Defendant CHASE BANK USA, N.A.,
6  formerly known as CHASE MANHATTAN BANK USA,
   N.A. and erroneously sued herein as CHASE BANK
7

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>            Plaintiff,<br><br>v.<br><br>CHASE BANK, EXPERIAN, EQUIFAX CREDIT INFORMATION SERVICES, INC., TRANSUNION, DOE 1, aka "B-Line," inclusive,<br><br>            Defendants. | CASE NO. C 07 03951 PVT<br><br>[PROPOSED] ORDER GRANTING CHASE BANK USA, N.A.'S PERMISSION TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE<br><br>Date:    January 28, 2008<br>Time:    2:00 p.m. |

   Good cause having been presented, the Court hereby grants defendant Chase Bank USA, N.A. permission to appear at the settlement conference scheduled for January 28, 2008, at 2:00 p.m., by telephone. and shall remain available for phone contact until dismissed by the Court.  Counsel shall appear in person.  PVT

Dated: 1/18/08                        _Patricia V. Trumbull_
                                      HON. PATRICIA V. TRUMBULL
                                      U.S. MAGISTRATE JUDGE