# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Mohamed Abouelhassan

          Plaintiff(s),

          v.

Equifax Information Services LLC, et al.

          Defendant(s).

_____/

Case No.  5:07-cv-03951 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  1/23/08

                    [Party]  Troy Kubes
                             Equifax Information Services uc

Dated:  1/25/08

                    [Counsel]
                    Stephanie Cope
                    King + spalding LLP

**PROOF OF SERVICE**

STATE OF GEORGIA

COUNTY OF FULTON

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action. My business address is 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309.

On January 26, 2008, I served the foregoing document(s) described as **ADR CERTIFICATION BY DEFENDANT EQUIFAX INFORMATION SERVICES LLC** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

[ ]    **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

[X]    **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Atlanta, Georgia. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[X]    **BY UNITED PARCEL SERVICE.** I caused such document to be deposited with the United Parcel Service at the offices of King & Spalding LLP for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by United Parcel Service delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Atlanta, Georgia in the ordinary course of business for delivery to the addressee.

[X]    **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

4798319

– 1 –

ADR CERTIFICATION BY EQUIFAX INFORMATION SERVICES LLC

1    Executed on January 26, 2008, at Atlanta, Georgia.

2    [X]    I declare under penalty of perjury under the laws of the State of California that the
3    foregoing is true and correct.

4
5                                          /s/ Stephanie D. Cope
                                           Stephanie D. Cope
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4798319                              – 2 –

ADR CERTIFICATION BY EQUIFAX INFORMATION SERVICES LLC

1

**SERVICE LIST**

2
3
4
5

Mohamed Abouelhassan
805 Borden Rae Court
San Jose, CA 95117
Phone: 510-501-1800
Fax: 408-615-1818
alslanguage@gmail.com

6
7
8
9
10
11

George Geoffrey Weickhardt
Pamela Jeanne Zanger
Ropers, Majeski, Kohn & Bentley PC
201 Spear Street, Suite 1000
San Francisco, CA 94105
Phone: 415-543-4800
Fax: 415-972-6301
gweickhardt@ropers.com
pzanger@ropers.com

12
13
14
15
16

David L. Wallach
Jones Day
555 California Street
San Francisco, CA 94104
Phone: 415-626-3939
Fax: 415-875-5700
dwallach@jonesday.com

17
18
19
20
21
22

Donald E. Bradley
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
Phone: 714-668-2400
Fax: 714-668-2490
d.bradley@mpglaw.com

23
24
25
26
27
28

4798319

– 3 –

ADR CERTIFICATION BY EQUIFAX INFORMATION SERVICES LLC