UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 1/28/08

COURT REPORTER:      Clerk:

Case No:C 07-03951 JF      Case Title: Abouelhassan   vs.  Chase, et al.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Mohamed Abouelhassan | David Wallach<br>Stephanie Cope<br>Donald Bradley |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status

                            [X] Settlement

                            [ ] Final

                            [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [X] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar

Briefing Schedule:    Opening                Answer
                                Reply

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [ ] Court      [ ] Court w/opinion

NOTES: 3 HOURS