# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Abouelhassan,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Chase Bank,<br><br>                    Defendant(s). | 07-03951 JF ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

    Pursuant to Minute Entry filed 12/21/2007 (document # 79) The court vacated the reference to ENE; therefore the appointment of Ike K. Lasater to serve as the Evaluator in this matter is vacated.

Dated: February 1, 2008

                                                      RICHARD W. WIEKING
                                                      Clerk
                                                      by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

---

**Notice Vacating Appointment of Evaluator**
07-03951 JF MED