Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

FILED
FEB 0 1 2008
CLERK
NORTHERN ... COURT
... CALIFORNIA

RECEIVED
FEB 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE
    *Plaintiff,*

v.

CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION.

    *Defendants.*

Case No. 5:07-CV-03951 JF

CONTIUING HEARING ON MOTION TO DISMISS TO 03/21/2008

    Due to some unexpected work training arrangements for plaintiff Mohamed Abouelhassan, he is requesting to continue the hearing on motion to dismiss First Amended Complaint to be 03/21/2008 instead of 02/15/2008. Plaintiff has conferred with other parties attorney's regarding this matter.

    Also, plaintiff is respectfully asking the permission of Honorable Judge Fogel to allow plaintiff in Pro Se, Mohamed Abouelhassan, to submit his documents to the Court and to defendants electronically.

Dated: February 1, 2008

Respectfully submitted,

*/s/ Mohamed Abouelhassan*

Mohamed Abouelhassan

CONTIUING HEARING ON MOTION TO DISMISS TO 03/21/2008
**COMPLAINT** - 1