Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

**Filed**
FEB 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE

    *Plaintiff,*

v.

CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, B-LINE, LLC.

    *Defendants.*

Case No. 5:07-CV-03951 JF

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am self employed within the County of Santa Clara where this mailing occurred.

On February 1, 2008, I served a true copy of the following document(s):

Continuing Hearing on Motion to Dismiss to 03/21/2008

Proposed Order

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

_X___ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

PROOF OF SERVICE Case No. 5:07-CV-03951 JF
- 1

1  \_\_\_\_ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
2  addressee(s) designated.

3  \_\_\_\_ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
4  the addressee(s) designated.

5  (SEE ATTACHED SERVICE LIST)

6  \_\_\_\_ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
7  the addressee(s) designated.

8

9  For CHASE BANK USA, N.A.  
   George G. Weickhardt  
10 Pamela Zanger  
   201 Spear Street, Suite 1000  
11 San Francisco, CA 94105  
   Ph: 415-543-4800  
12 Fax: 415-972-6301  
   Email: gweickhardt@ropers.com  
13

   For TRANS UNION LLC  
   Donald Bradley,  
   650 Town Center Drive, Suite 1200,  
   Costa Mesa, CA, 92626-1925  
   Ph: 714-668-2447  
   Fax: 714-6682490  
   Email: d.bradl‚y@mpglaw.com

14

15 For EQUIFAX INFORMATION  
   SERVICES LLC  
16 Stephanie Cope,  
   1180 Peachtree Street, N.E.  
17 Atlanta, GA 30309  
   Ph: 404-572-4600  
18 Fax: 404-572-5100

   For EXPERIAN INFORMATION  
   SOLUTIONS, INC.  
   David L. Wallach, Esq.  
   JONES DAY  
   555 California Street, 26th Floor  
   San Francisco, CA 94104  
   Tel: 1.415.875.5827  
   Fax: 1.415.875.5700  
   E-mail: dwallach@jonesday.com

19

20 I declare under penalty of perjury under the laws of the United States of America that the foregoing
21 is true and correct.
22

23 Executed on February 1, 2008, at San Jose, California.

24

25                                       /s/ Yelena Isayeva
26                                       _____
                                         Yelena Isayeva
27

28

**PROOF OF SERVICE** Case No. 5:07-CV-03951 JF  
- 2 -