FILED

FEB 0 5 2008

CLERK 
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **MOHAMED ABOUELHASSAN**<br>**In PRO SE**<br>    *Plaintiff,*<br><br>v.<br><br>**CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION.**<br><br>    *Defendants.* | Case No. 5:07-CV-03951 JF<br><br>**PROPOSED ORDER** |

The hearing on Motion to Dismiss First Amended Complaint has been continued to March 21, 2008.

It Is So Ordered.

2-4-08

_____
US District Judge
Honorable Jeremy Fogel