**Plaintiff MOHAMED ABOUELHASSAN, PRO SE**

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

FILED

2008 FEB -4 P 2:08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN<br>In PRO SE<br>    *Plaintiff,*<br><br>v.<br><br>CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION.<br><br>    *Defendants.* | Case No. 5:07-CV-03951 JF<br><br>**REQUEST FOR JURY TRIAL** |

Plaintiff Mohamed Abouelhassan is hereby requesting Jury trial for this instant case.

Dated: February 4, 008

Respectfully submitted,

*[signature]*

Mohamed Abouelhassan

**REQUEST FOR JURY TRIAL** - 1