Plaintiff MOHAMED ABOUELHASSAN,
PRO SE

Address: 805 BORDEN RAE CT,
SAN JOSE, CA 95117

Phone: 510-501-1800
FAX: 408-615-1818

Email: egyptusa76@msn.com

FILED

2008 MAR -3 P 4:01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MOHAMED ABOUELHASSAN
In PRO SE
    *Plaintiff,*

v.

CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION

    *Defendants.*

Case No. 5:07-CV-03951 JF

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a citizen of the United States; I am over 18 years of age; my address is 805 Borden Rae Ct, San Jose, CA 95117. I am self employed within the County of Santa Clara where this mailing occurred. On March 3, 2008, I served a true copy of the following document(s):

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

__X__ **BY MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be deposited in the United States mail at Santa Clara County, California.

PROOF OF SERVICE Case No. 5:07-CV-03951 JF
- 1

1     ____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
2 addressee(s) designated.

3     ____**BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered via Federal Express to
4 the addressee(s) designated.

5 (SEE ATTACHED SERVICE LIST)

6     ____ **BY FACSIMILE:** I caused said documents(s) to be transmitted to the telephone number(s) of
7 the addressee(s) designated.

| | |
|---|---|
| For CHASE BANK USA, N.A.<br>George G. Weickhardt<br>Pamela Zanger<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Ph: 415-543-4800<br>Fax: 415-972-6301<br>Email: gweickhardt@ropers.com | For TRANS UNION LLC<br>Donald Bradley,<br>650 Town Center Drive, Suite 1200,<br>Costa Mesa, CA, 92626-1925<br>Ph: 714-668-2447<br>Fax: 714-6682490<br>Email: d.bradley@mpglaw.com |
| For EQUIFAX INFORMATION SERVICES LLC<br>Stephanie Cope,<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Ph: 404-572-4600<br>Fax: 404-572-5100 | For EXPERIAN INFORMATION SOLUTIONS, INC.<br>David L. Wallach, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: 1.415.875.5827<br>Fax: 1.415.875.5700<br>E-mail: dwallach@jonesday.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on March 3, 2008, at San Jose, California.

                                                        Yelena Isayeva