**E-filed 3/14/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED ABOUELHASSAN,<br><br>           Plaintiff,<br><br>           v.<br><br>CHASE BANK USA, et al.,<br><br>           Defendants. | Case Number C-07-3951-JF<br><br>ORDER GRANTING REQUEST TO ALLOW PLAINTIFF TO FILE ELECTRONICALLY |

Plaintiff has requested permission to be allowed to file his documents electronically. Plaintiff's request to access the electronic filing system (ECF) is GRANTED. The Court directs Mr. Abouelhassan to General Order No. 45 for rules and orders related to the electronic filing system. (General Order No. 45 can be found at www.cand.uscourts.gov)

DATED:    3/14/08

_____
JEREMY FOGEL
United States District Judge

1   Copies of this order were mailed to the following parties:

2   Mohamed Abouelhassan
    805 Borden Rae Ct.
3   San Jose, CA 95117

4   **George Geoffrey Weickhardt**
    Ropers Majeski Kohn & Bentley
5   201 Spear Street
    Suite 1000
6   San Francisco, CA 94105

7   **Brian James Recor**
    Jones Day
8   3 Park Plaza, Suite 1100
    Irvine, CA 92614

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28