# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 21, 2008
**Case Number:** CV-07-3951-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        MOHAMED ABOUELHASSAN V. CHASE BANK, ET AL

              **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present:** Mohamed Abouelhassan, Pro se    **Attorneys Present:** George Weickhardt for Chase

---

PROCEEDINGS:
Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission. The Court shall defer ruling for two weeks.